# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>      Plaintiff,<br><br>   v.<br><br>KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC,<br><br>      Defendants. | C.A. No. 1:18-cv-01516-UNA |

## MOTION OF PLAINTIFF DEBORAH S. SKEANS, EXECUTRIX OF THE ESTATE OF FRANK E. PAVLIS, FOR EXPEDITED DISCOVERY

Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Mr. Pavlis"), moves for expedited discovery directed to defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC. The grounds for this motion are further set forth in the Memorandum of Law in Support of Motion of Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, for Expedited Discovery, filed contemporaneously with this motion.

STRADLEY RONON
STEVENS & YOUNG, LLP

    */s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

Dated: October 1, 2018

\# 3674512

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : C.A. No. 1:18-cv-01516-UNA |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**ORDER GRANTING
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

This _____ day of October, 2018, after consideration of Motion of Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, for Expedited Discovery ("Motion"), and the supporting Memorandum of Law, and the responses, if any, of Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC (collectively, "Defendants"), **IT IS ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** as follows:

1. Plaintiff shall promptly serve on Defendants the First Set of Requests for Production of Documents Directed to Defendants, attached to the Motion as Exhibit A.

2. Defendants shall respond to the discovery requests in accordance with the Federal Rules of Civil Procedure, and applicable Local Rules, within seven (7) days of the date of this Order.

_____
J.

# 3674521