

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street, Suite 1278

Wilmington, DE 19801

Telephone 302.295.3805

Fax 302.295.4801

www.stradley.com

**Joelle E. Polesky**
jpolesky@stradley.com
302.295.4856

October 1, 2018

<u>Via E-File and Hand Delivery</u>

Clerk of the Court
United States District Court of the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC, C.A. No. 1:18-cv-01516-UNA

Dear Clerk of the Court:

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Mr. Pavlis") requests the Clerk of the Court present for expedited consideration her Motion for a Temporary Restraining Order Freezing Assets Held or Controlled by Defendants ("TRO") and related Motion of Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis for Expedited Discovery ("Motion for Expedited Discovery") for the reasons set forth below.

This civil action arises out of a fraud perpetrated on the elderly Mr. Pavlis, now deceased, resulting in the loss of $7 million in investments he made in one entity that, through Defendants' scheming and without Mr. Pavlis' knowledge or authorization, was transferred to Defendant Key Commercial Finance LLC ("KCF").  In an effort to cover up their fraudulent conduct, KCF and its wholly-owned subsidiaries, also Defendants in this action, created after-the-fact documents purporting to legitimize the transfer of Mr. Pavlis' $7 million investment to their control.

However, the very documents purporting to demonstrate Mr. Pavlis' knowledge of Defendants' actions belie their legitimacy.  As set forth in detail in the Verified Complaint, Defendants committed fraud, fraudulent concealment, conversion, and have unjustly enriched themselves to the significant financial detriment of Mr. Pavlis and, now, his Estate.  Moreover, the Estate seeks a declaration that the documents Defendants contend lend legitimacy to their

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**
A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

# 3675335  v. 1

Clerk of Court
October 1, 2018
Page 2

actions are *void ab initio*.  Defendants' scheme continues, and Mr. Pavlis' Estate is at risk of forever losing his $7 million.

In addition to the TRO, Mr. Pavlis is also filing a Motion for a Preliminary Injunction Freezing Assets Held or Controlled by Defendants ("Motion for a Preliminary Injunction"), and the Motion for Expedited Discovery.  On Friday evening, September 28, 2018, Mr. Pavlis emailed to Justin Billingsley (the controlling member of Defendants) and his counsel, Don Bivens, copies of the Verified Complaint, the TRO, the Motion for a Preliminary Injunction, and supporting Memorandum of Law.  Both have acknowledged receipt of these documents.  Along with this letter, Mr. Pavlis provides Mr. Billingsley and Mr. Bivens copies of these same documents, as well as a copy the Motion for Expedited Discovery and supporting Memorandum of Law, filed in this action today.

Mr. Bivens has indicated he is generally available by phone on Tuesday, October 2, 2018 for a hearing.  Accordingly, Mr. Pavlis requests expedited consideration of the TRO and the Motion for Expedited Discovery, including a hearing before the close of business on October 2, 2018.

Thank you for your prompt consideration of this expedited request.

Respectfully,

*/s/ Joelle E. Polesky*

Joelle E. Polesky (I.D. No. 3694)

Enclosures:

Verified Complaint
Motion for a Temporary Restraining Order Freezing Assets Held or Controlled by
Defendants, and supporting Memorandum of Law
Motion for a Preliminary Injunction Freezing Assets Held or Controlled by
Defendants, and supporting Memorandum of Law
Motion of Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis
for Expedited Discovery, and supporting Memorandum of Law

cc:   Justin Billingsley (via email with enclosures)
      Don Bivens, Esq. (via email with enclosures)
      William E. Mahoney, Jr., Esq. (via email with enclosures)

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**
A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

# 3675335  v. 1