# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, : : : : Plaintiff : : v. : : KEY COMMERCIAL FINANCE LLC, : KEY COMMERCIAL FINANCE : PROPERTIES, LLC, EQUITY PROS, LLC, : and MOBILE AGENCY, LLC, : : Defendants. : | C.A. No. 1:18-cv-01516-UNA |

**MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. MAHONEY, JR., ESQ.**

Pursuant to Local Rule 83.5 and the attached Certification, I, Joelle E. Polesky, Esquire, move for the admission *pro hac vice* of William E. Mahoney, Jr., Esquire, to represent Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, in this matter.

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 North West Street, Suite 1279
        Wilmington, DE 19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Plaintiff, Deborah S. Skeans,*
        *Executrix of the Estate of Frank E. Pavlis*

Dated: October 1, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-UNA |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion for Admission *Pro Hac Vice* of William E. Mahoney, Jr., Esquire, and its accompanying Certification, it is ORDERED that the Motion is GRANTED.

_____
J.