## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, | : | |
| Executrix of the ESTATE OF FRANK E. | : | |
| PAVLIS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 1:18-cv-01516-UNA |
| | : | |
| KEY COMMERCIAL FINANCE LLC, | : | |
| KEY COMMERCIAL FINANCE | : | |
| PROPERTIES, LLC, EQUITY PROS, LLC, | : | |
| and MOBILE AGENCY, LLC, | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SPENCER R. SHORT, ESQ.

Pursuant to Local Rule 83.5 and the attached Certification, I, Joelle E. Polesky, Esquire, move for the admission *pro hac vice* of Spencer R. Short, Esquire, to represent Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, in this matter.

STRADLEY RONON
STEVENS & YOUNG, LLP

_____*/s/ Joelle E. Polesky*_____
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

Dated: October 1, 2018

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS,<br>Executrix of the ESTATE OF FRANK E.<br>PAVLIS, | : : : : | |
| Plaintiff | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-UNA |
| KEY COMMERCIAL FINANCE LLC,<br>KEY COMMERCIAL FINANCE<br>PROPERTIES, LLC, EQUITY PROS, LLC,<br>and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion for Admission *Pro Hac Vice* of Spencer R. Short, Esquire, and its accompanying Certification, it is ORDERED that the Motion is GRANTED.

_____
J.

# 3673303