IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-UNA |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

**CERTIFICATION OF SPENCER R. SHORT, ESQUIRE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the following Bars: Supreme Court of Pennsylvania, Supreme Court of New York, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for the Third Circuit.

Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ (*check one*) to the Clerk's Office upon the filing of this motion.

Spencer R. Short
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8127
Fax: (215) 564-8120
Email: sshort@stradley.com

Dated: September 28, 2018

# 3673296