IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 18-1516-UNA |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC and MOBILE AGENCY LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 1st day of October, 2018, a motion for temporary restraining order, a motion for preliminary injunction and a motion to expedite discovery having been filed October 1, 2018;

IT IS ORDERED that a telephone conference shall be held on **Tuesday, October 2, 2018, at 1:00 p.m.** Counsel for plaintiff shall coordinate and initiate this call.

IT IS FURTHER ORDERED that counsel for plaintiff shall provide notice of this order to defendants.

_____
United States District Judge