IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 18-1516-UNA |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC and MOBILE AGENCY LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 2nd day of October, 2018, having conferred with counsel;

IT IS ORDERED that the Motion for Temporary Restraining Order (D.I. 3) is denied as there has been no sufficient showing of irreparable harm. *See Minard Run Oil Company v. United States Forest Service*, 370 F.3d 236, 255 (3d Cir. 2011).

IT IS FURTHER ORDERED that the parties shall confer and advise the Court on or before **October 10, 2018** as to whether or not they have reached an agreed upon schedule for discovery as well as the pending motion for preliminary injunction.

_____
United States District Judge