

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street, Suite 1278

Wilmington, DE  19801

Telephone  302.295.3805

Fax  302.295.4801

www.stradley.com

**Joelle E. Polesky**
**jpolesky@stradley.com**
**302.295.4856**

October 10, 2018

**Via E-File**

Honorable Colm F. Connolly
United States District Court of the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:    **Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial**
       **Finance LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and**
       **Mobile Agency, LLC, C.A. No. 1:18-cv-01516-CFC**

Dear Judge Connolly:

   Pursuant to the Court's October 2, 2018 Order (D.I. 12) denying the Motion for A Temporary Restraining Order Freezing Assets Held or Controlled by Defendants (D.I. 3), plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Mr. Pavlis") provides the Court with the following status update.  I spoke today with Theodore A. Kittila, who anticipates he will enter an appearance on behalf of defendants.  I informed Mr. Kittila that Mr. Pavlis will formally withdraw the Motion for a Preliminary Injunction Freezing Assets Held or Controlled by Defendants (D.I. 4) and the Motion of Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis for Expedited Discovery (D.I. 6), and will pursue this litigation in accordance with the Federal Rules of Civil Procedure and the governing Local Rules of Civil Practice and Procedure.  Thank you.

                              Respectfully,

                              */s/ Joelle E. Polesky*

                              Joelle E. Polesky (I.D. No. 3694)

cc:    Theodore A. Kittila, Esq. (via email and first class mail)
       William E. Mahoney, Jr., Esq. (via email)

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership

**MERITAS** LAW FIRMS WORLDWIDE