IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | C.A. No. 1:18-cv-01516-CFC |

## NOTICE OF WITHDRAWAL OF MOTIONS

Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, withdraws the Motion for a Preliminary Injunction Freezing Assets Held or Controlled by Defendants (D.I. 4) and the Motion of Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis for Expedited Discovery (D.I. 6).

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans,*
*Executrix of the Estate of Frank E. Pavlis*

Dated: October 10, 2018