IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No.: 18-cv-01516-CFC <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE**

I, Joelle E. Polesky, certify that, on October 10, 2018, I caused a true and correct copy of Notice of Withdrawal of Motions to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record.  I further certify that, on October 10, 2018, I caused a true and correct copy of the Notice of Withdrawal of Motions to be served via email and first class mail upon

> Theodore A. Kittila (tk@hfklaw.com)
> Halloran Farkas + Kittila LLP
> 5803 Kennett Pike, Suite C
> Wilmington,  DE 19807

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)