IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-cv-01516-CFC |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Theodore A. Kittila (Bar No. 3963) of Halloran Farkas + Kittila LLP, 5803 Kennett Pike, Suite C, Wilmington, Delaware 19807 on behalf of Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC.

Dated: October 11, 2018

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
5803 Kennett Pike, Suite C
Wilmington, Delaware 19807
Phone: (302) 257-2011
Fax: (302) 257-2019
Email: tk@hfk.law

*Counsel for Defendants*