UNITED STATES DISTRICT COURT
District of Delaware


*196187*

AFFIDAVIT OF SERVICE

Index no : 18 cv 1516

Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis

    Plaintiff(s),

vs.

Key Commercial Finance, LLC, et al

    Defendant(s).

STATE OF CONNECTICUT
                      ss: East Hartford
HARTFORD COUNTY

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/11/2018** at **3:55 PM**, I served the within **Summons and Complaint** on **Equity Pros, LLC** at **c/o Hiller Goldman, 17 Downs Street, Danbury, CT 06810** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Lawrence Mix, Attorney/Authorized** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Equity Pros, LLC**, and the recipient responded in the affirmative.

Comments: **Practice for Agent has moved Served at correct address**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Black | 57 | 5'9" | 185 |
| Other Features: Mustahce/Beard | | | | | |

Sworn to and subscribed before me on
October 12, 2018
by an affiant who is personally known to
me or produced identification.

_Amy Chantry_
NOTARY PUBLIC
My Commission Expires: 3/31/23

X_____
Eric Rubin
Fredericks & Palmer Process Serving, LLC
1125 Atlantic Avenue, Suite 502
Atlantic City, 08401, NJ 08401
609-233-6743
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/23