**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> )      C.A. No. 18-cv-01516-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS STIPULATED AND AGREED by and among the parties hereto that the time for all

defendants to respond to the Verified Complaint is extended to **November 21, 2018.**

Dated:  October 18, 2018

STRADLEY RONON
STEVENS & YOUNG, LLP

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff*

OF COUNSEL:

William E. Mahoney, Jr.
Spencer R. Short
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

HALLORAN FARKAS + KITTILA LLP

/s/ James G. McMillan, III
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
5803 Kennett Pike, Suite C
Wilmington, Delaware  19807
Phone:  (302) 257-2011
Fax:  (302) 257-2019
Email:  tk@hfk.law
jm@hfk.law

*Counsel for Defendants*