IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br>*Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants*. | C.A. No. 1:18-cv-01516-CFC |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC (collectively, "Defendants"), having moved to dismiss the Verified Complaint [D.I. 1] filed by plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Plaintiff"), and the Court having considered Defendants' Motion to Dismiss (the "Motion") and the briefing related to the Motion:

**IT IS HEREBY ORDERED** this _____ day of _____ 2018, that:

1. The Motion is **GRANTED**.

2. The Verified Complaint [D.I. 1] filed by Plaintiff in this action is **DISMISSED WITH PREJUDICE**.

_____
The Honorable Colm F. Connolly, USDJ