IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 1:18-cv-01516-CFC <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

This __ day of _____, 20__, after consideration of Defendants' Motion to Dismiss (D.I. 22), Defendants' Opening Brief in Support of their Motion to Dismiss (D.I. 23), and all responses and related briefing, it is **ORDERED** that Defendants' Motion to Dismiss is **DENIED**. Defendants shall file an answer to the Verified Complaint (D.I. 1) within 14 days of the date of this Order.

_____
Honorable Colm F. Connolly