IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br><br>v.<br><br>KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.: 18-cv-01516-CFC<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I, Joelle E. Polesky, certify that on December 4, 2018 I caused a true and correct copy of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss, proposed Order Denying Defendants' Motion to Dismiss, and Certificate of Service to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record.  I further certify that, on December 4, 2018, I caused a true and correct copy of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss, proposed Order Denying Defendants' Motion to Dismiss, and Certificate of Service to be served via email and first class mail upon

        Theodore A. Kittila (tk@hfklaw.com)
        James G. McMillan (jm@hfklaw.com)
        Halloran Farkas + Kittila LLP
        5803 Kennett Pike, Suite C
        Wilmington,  DE 19807

                      */s/ Joelle E. Polesky*
                      Joelle E. Polesky (ID No. 3694)