IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC and MOBILE AGENCY LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 18-1516-CFC/SRF |

## ORDER OF REFERENCE

At Wilmington this 20th day of June, 2019, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the pending motion to dismiss (D.I. 22) is referred to Magistrate Judge Sherry R. Fallon for resolution.

IT IS FURTHER ORDERED that the above captioned case is hereby referred to Magistrate Judge Sherry R. Fallon for all disputes relating to discovery or the protective order.

United States District Judge