IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No.: 18-cv-01516-CFC-SRF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I, Joelle E. Polesky, certify that, on September 10, 2019, I caused a true and correct copy of Plaintiff's Response to Defendants' Objections to Magistrate Judge's Report and Recommendation to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record. I further certify that, on September 10, 2018, I caused a true and correct copy of Plaintiff's Response to Defendants' Objections to Magistrate Judge's Report and Recommendation to be served via first class mail upon

> Theodore A. Kittila (tk@hfklaw.com)
> Halloran Farkas + Kittila LLP
> 5803 Kennett Pike, Suite C
> Wilmington, DE 19807

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)

4251418v.1
4251418v.1