## CERTIFICATE OF SERVICE

I, James G. McMillan, III (DE Bar No. 3979), certify that on October 8, 2019, I caused copies of Defendants' *Answer to Verified Complaint* to be served on the following counsel of record in the manner indicated below:

**BY EMAIL:**

Joelle E. Polesky
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
jpolesky@stradley.com

*Counsel for Plaintiff*

Dated: October 8, 2019

**HALLORAN FARKAS + KITTILA LLP**

/s/ *James G. McMillan, III*
James G. McMillan, III (No. 3979)
5803 Kennett Pike, Suite C
Wilmington, DE 19807
302-257-2103

*Attorneys for Defendants*