# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DEBORAH S. SKEANS, Executrix   )
of the ESTATE OF FRANK E.   )
PAVLIS,   )
   )
      Plaintiff,   )
   )
   v.   )   Civ. No. 18-1516-CFC/SRF
   )
KEY COMMERCIAL FINANCE   )
LLC, KEY COMMERCIAL   )
FINANCE PROPERTIES, LLC,   )
EQUITY PROS, LLC and MOBILE   )
AGENCY LLC,   )
   )
      Defendants.   )

## ORDER SETTING RULE 16(b) CONFERENCE

1.    A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Thursday, October 31, 2019 at 2:30 p.m.** Plaintiff's counsel shall call chambers at (302) 573-6310 once all parties are on the line.

2.    The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" **(revised on May 21, 2019),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form. If the parties have issues to discuss at the scheduling conference other than dates, they may request an in-person scheduling conference.

3.    The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

_10/10/19_
Date

_____
United States District Judge