**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : | |
| | : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-CFC/SRF |
| | : | |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR**
**PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

I, Joelle E. Polesky, Esquire, a member of the Bar of this Court, certify that, on October 11, 2019, I caused a true and correct copy of the *First Set of Requests for Production of Documents Directed to Defendants* to be served on all counsel of record via email and first class mail, and I caused a true and correct copy of this *Notice of Service of First Set of Requests for Production of Documents Directed to Defendants* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

STRADLEY RONON STEVENS
& YOUNG, LLP

 /s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans,*
*Executrix of the Estate of Frank E. Pavlis*

Dated: October 11, 2019

4292065v.1