# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:18-cv-01516-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF
## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

I, James G. McMillan, III, Esquire, a member of the Bar of this Court, certify that on October 16, 2019, I caused a true and correct copy of *Defendants' First Request for Production of Documents* to be served on all counsel of record by email and first class mail, and I caused a true and correct copy of this *Notice of Service of Defendants' First Request for Production of Documents* to be filed and served on all counsel of record by the Court's CM/ECF electronic filing system.

Dated: October 16, 2019

**HALLORAN FARKAS + KITTILA LLP**

*/s/ James G. McMillan, III*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
5803 Kennett Pike, Suite C
Wilmington, Delaware  19807
Phone:  (302) 257-2103
Fax:  (302) 257-2019
Email:   tk@hfk.law
            jm@hfk.law

*Counsel for Defendants*