**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | C.A. No. 1:18-cv-01516-CFC |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**NOTICE OF SERVICE OF
DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Theodore A. Kittila, a member of the Bar of this Court, certify that on November 11, 2019, I caused a true and correct copy of *Defendants' Objections and Responses to Plaintiff's First Request for Production of Documents* to be served on all counsel of record by email, and I caused a true and correct copy of this *Notice of Service of Defendants' Objections and Responses to Plaintiff's for Production of Documents* to be filed and served on all counsel of record by the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Dated:  November 11, 2019 | **HALLORAN FARKAS + KITTILA LLP**<br><br>*/s/ Theodore A. Kittila*<br>Theodore A. Kittila (No. 3963)<br>James G. McMillan, III (No. 3979)<br>5803 Kennett Pike, Suite C<br>Wilmington, Delaware  19807<br>Phone:  (302) 257-2025<br>Fax:  (302) 257-2019<br>Email:    tk@hfk.law<br>              jm@hfk.law<br><br>*Counsel for Defendants* |