IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff,* <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> *Defendants.* <br><br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> *Third-Party Plaintiffs,* <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> *Third-Party Defendants.* | C.A. No. 1:18-cv-01516-CFC |

## SUMMONS IN A CIVIL ACTION

To:   Darbin Skeans
      129 North 30th Street
      Allentown PA 18104-5301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Theodore A. Kittila, Esquire
   Halloran Farkas + Kittila LLP
   5803 Kennett Pike, Suite C
   Wilmington, Delaware 19807

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT 2 3 2019

_____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:18-cv-01516-CFC-SRF | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>3979584 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, Plaitiffs; JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, Third-Party Plaintiffs, | | **Defendant / Respondent:**<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, Defendants; DEBORAH S. SKEANS and DARBIN SKEANS, Third-Party Defendants. | |
| **Received by:**<br>DLS Discovery | | **For:**<br>Halloran Farkas & Kittila LLP | |
| **To be served upon:**<br>Darbin Skeans | | | |

I, Chad Toscano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Darbin Skeans, SVN Imperial Realty: 1611 Pond Rd, Allentown, PA 18104
**Manner of Service:** Personal/Individual, Nov 13, 2019, 11:00 am EST
**Documents:** Summons and Complaint (Received Nov 11, 2019 at 11:00am EST)

**Additional Comments:**
1) Successful Attempt: Nov 13, 2019, 11:00 am EST at SVN Imperial Realty: 1611 Pond Rd, Allentown, PA 18104 received by Darbin Skeans.

_____  11/13/2019
Chad Toscano                      Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801
302-654-3345

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
11/13/2019
Date                              Commission Expires

[Notary Seal: JEFFREY A LOW, MY COMMISSION EXPIRES August 28, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| _____ | ) |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.