## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | ) ) ) ) ) C.A. No. 1:18-cv-01516-CFC |
| *Defendants*. | ) ) |
| JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, | ) ) ) ) |
| *Third-Party Plaintiffs*, | ) ) |
| v. | ) ) |
| DEBORAH S. SKEANS and DARBIN SKEANS, | ) ) ) |
| *Third-Party Defendants*. | ) ) ) |

## NOTICE OF SERVICE OF
## DEFENDANTS' RULE 26(a)(1) DISCLOSURES

I, James G. McMillan, III, a member of the Bar of this Court, certify that on November 15, 2019, I caused a true and correct copy of *Defendants' Rule 26(a)(1) Disclosures* to be served on all counsel of record by email, and I caused a true and correct copy of this *Notice of Service of Defendants' Rule 26(a)(1) Disclosures* to be filed and served on all counsel of record by the Court's CM/ECF electronic filing system.

Dated:  November 15, 2019

**HALLORAN FARKAS + KITTILA LLP**

/s/ James G. McMillan, III

Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
5803 Kennett Pike, Suite C
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:   tk@hfk.law
jm@hfk.law

*Counsel for Defendants and Third-Party Plaintiffs*