## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS,<br>Executrix of the ESTATE OF FRANK E.<br>PAVLIS, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:18-cv-01516-CFC |
| | : | |
| KEY COMMERCIAL FINANCE LLC,<br>KEY COMMERCIAL FINANCE<br>PROPERTIES, LLC, EQUITY PROS, LLC,<br>and MOBILE AGENCY, LLC, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

I, Joelle E. Polesky, Esquire, a member of the Bar of this Court, certify that, on November 15, 2019, I caused a true and correct copy of *Plaintiff's Responses and Objections to Defendants' First Request for Production of Documents* to be served on all counsel of record via email and first class mail, and I caused a true and correct copy of this *Notice of Service of Plaintiff's Responses and Objections to Defendants' First Request for Production of Documents* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

STRADLEY RONON STEVENS
& YOUNG, LLP

 */s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans,*
 *Executrix of the Estate of Frank E. Pavlis*

Dated: November 15, 2019