# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-CFC |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)

I, Joelle E. Polesky, Esquire, a member of the Bar of this Court, certify that, on November 15, 2019, I caused a true and correct copy of *Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)* to be served on all counsel of record via email and first class mail, and I caused a true and correct copy of this *Notice of Service of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                              STRADLEY RONON STEVENS
                              & YOUNG, LLP

                              /s/ Joelle E. Polesky
                              Joelle E. Polesky (ID No. 3694)
                              1000 North West Street, Suite 1279
                              Wilmington, DE 19801
                              Tel: (302) 295-4856
                              Fax: (302) 295-4801
                              Email: jpolesky@stradley.com

Dated: November 15, 2019          *Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*