# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>        Plaintiff,<br><br>        v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>        Defendants.<br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>        Third-Party Plaintiffs,<br><br>        v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>        Third-Party Defendants. | No. 1:18-cv-01516-CFC |

## THIRD PARTY DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Third-Party Defendants Deborah S. Skeans and Darbin Skeans move to dismiss the Third-Party Complaint (D.I. 35) for failure to state a claim.

The grounds for this motion are set forth in Third-Party Defendants' Opening Brief in Support of Motion to Dismiss, filed contemporaneously with this motion.

                STRADLEY RONON STEVENS & YOUNG, LLP

                */s/ Joelle E. Polesky*
                Joelle E. Polesky (ID No. 3694)
                1000 N. West Street, Suite 1200
                Wilmington, DE  19801
                Tel: (302) 295-4856
                Fax: (302) 295-4801
                Email: jpolesky@stradley.com

                *Attorneys for Third-Party Defendants,*
                *Deborah S. Skeans and Darbin Skeans*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: December 4, 2019