IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>    Defendants.<br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>    Third-Party Defendants. | No. 1:18-cv-01516-CFC |

**[PROPOSED] ORDER GRANTING
THIRD-PARTY DEFENDANTS' MOTION TO DISMISS**

The Court having considered Third-Party Defendants' Motion to Dismiss (the "Motion"), and all briefs in support and in opposition to the Motion, **IT IS ORDERED** this _____ day of 20___ that the Motion is **GRANTED**, and the Third-Party Complaint is **DISMISSED WITH PREJUDICE**.

_____
J.