# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br>    Plaintiff, <br><br>v. <br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br>    Defendants. <br>_____ <br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br>    Third-Party Plaintiffs, <br><br>v. <br><br>DEBORAH S. SKEANS and DARBIN SKEANS, <br><br>    Third-Party Defendants. | No. 1:18-cv-01516-CFC |

## THIRD PARTY DEFENDANTS' MOTION TO DISMISS (REVISED)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Third-Party Defendants Deborah S. Skeans and Darbin Skeans move to dismiss the Third-Party Complaint (D.I. 35) for failure to state a claim.

The grounds for this motion are set forth in Third-Party Defendants' Opening Brief in Support of Motion to Dismiss (REVISED), filed contemporaneously with this motion.

>STRADLEY RONON
>STEVENS & YOUNG, LLP
>
>/s/ Joelle E. Polesky
>Joelle E. Polesky (ID No. 3694)
>1000 N. West Street, Suite 1200
>Wilmington, DE 19801
>Tel: (302) 295-4856
>Fax: (302) 295-4801
>Email: jpolesky@stradley.com
>
>*Attorneys for Third-Party Defendants,*
>*Deborah S. Skeans and Darbin Skeans*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: December 6, 2019