IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants.<br>_____<br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>Third-Party Defendants. | No. 1:18-cv-01516-CFC |

**[PROPOSED] ORDER GRANTING
<u>THIRD-PARTY DEFENDANTS' MOTION TO DISMISS</u>**

The Court having considered Third-Party Defendants' Motion to Dismiss

(REVISED) (the "Motion"), and all briefs in support and in opposition to the

Motion, **IT IS ORDERED** this _____ day of 20\_\_ that the Motion is **GRANTED**, and the Third-Party Complaint is **DISMISSED WITH PREJUDICE**.

_____
                                          J.