

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street, Suite 1278

Wilmington, DE 19801

Telephone  302.295.3805

Fax  302.295.4801

www.stradley.com

Joelle E. Polesky

jpolesky@stradley.com

302.295.4856

December 6, 2019

**Via E-File and First Class Mail**

Honorable Colm F. Connolly
United States District Court of the District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:   Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC, No. 1:18-cv-01516-CFC**

Dear Judge Connolly:

I enclose two courtesy copies of Third-Party Defendants' Motion to Dismiss (REVISED) ("Motion"), Third-Party Defendants' Opening Brief in Support of Motion to Dismiss (REVISED) ("Brief"), and a proposed order, originally filed on December 4, 2019 (D.I. 46-47), as well as a Certificate of Compliance.  The Motion and Brief are revised to comply with the November 6, 2019 Standing Order Regarding Briefing in All Cases.  Thank you.

Respectfully,

/s/ *Joelle E. Polesky*

Joelle E. Polesky (I.D. No. 3694)

Enclosures (via first class mail only)

cc:   Theodore A. Kittila, Esq. (via e-file only)
James G. McMillan, III, Esq. (via e-file only)

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

4360456v.1