IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 18-1516-CFC/SRF ) |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC and MOBILE AGENCY LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF REFERENCE

At Wilmington this 13th day of December, 2019, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the pending motion to dismiss (D.I. 48) is referred to Magistrate Judge Sherry R. Fallon for resolution.

United States District Judge