# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> *Defendants*. <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> *Third-Party Plaintiffs*, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> *Third-Party Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## CERTIFICATE OF COMPLIANCE

Counsel for Third-Party Plaintiffs Justin Billingsley and Key Commercial Finance, LLC certify that Third-Party Plaintiffs' Answering Brief in Opposition to Third-Party Defendants' Motion to Dismiss complies with the type, font and word limitations set forth in the Court's November 6, 2019 Standing Order Regarding Briefing in All Cases because it was prepared in Times New Roman 14-point font using Microsoft Word and because it contains 4,993 words, which were counted by Microsoft Word.

| | |
|---|---|
| Dated: December 18, 2019 | **HALLORAN FARKAS + KITTILA LLP**<br><br>*/s/ James G. McMillan, III*<br>Theodore A. Kittila (No. 3963)<br>James G. McMillan, III (No. 3979)<br>5803 Kennett Pike, Suite C<br>Wilmington, Delaware 19807<br>Phone: (302) 257-2011<br>Fax: (302) 257-2019<br>Email: tk@hfk.law<br>　　　　jm@hfk.law<br><br>*Counsel for Defendants and Third-Party Plaintiffs* |