# EXHIBIT 2

1774397v.1

Justin's Report > **Address & Property History**

## Justin Clint Billingsley



HOME ADDRESSES (19)



TENANT CHECK
Easy tenant screening for landlords.
Get FCRA-certified background checks, eviction history, and credit reports.

**More**

○ JANUARY 2018 - DECEMBER 2019
122 Sherwood Hill Rd
Brewster, NY 10509

○ OCTOBER 2018 - DECEMBER 2018
26 Hop Brook Rd
Brookfield, CT 06804

○ OCTOBER 2014 - MAY 2015
11 Louis Allan Dr
Danbury, CT 06811

○ AUGUST 2013 - JANUARY 2015
Po Box 5003
Brookfield, CT 06804

○ AUGUST 2010 - NOVEMBER 2011
2490 E Arrowhead Trl
Gilbert, AZ 85297

○ MAY 2004 - DECEMBER 2010
19877 E Calle De Flores
Queen Creek, AZ 85142

○ DECEMBER 2006 - JULY 2010
15404 E Pickett Ct
Gilbert, AZ 85298

○ SEPTEMBER 2009 - DECEMBER 2009
4412 E Sagittarius Pl
Chandler, AZ 85249

○ DECEMBER 2009 - DECEMBER 2009
867 Kari Dr
Eau Claire, WI 54701

○ AUGUST 2009 - AUGUST 2009
7255 E Hampton Ave Ste 101
Mesa, AZ 85209

○ MAY 2001 - AUGUST 2007
4455 E Paradise Village Pkwy S
Phoenix, AZ 85032

○ NOVEMBER 2000 - FEBRUARY 2007
1812 Otter Pond Cir
Montrose, CO 81401

○ DECEMBER 1998 - NOVEMBER 2005
670 W Menefee St Unit 130
Mancos, CO 81328

○ JUNE 2003 - AUGUST 2005
2173 E Chesapeake Dr
Gilbert, AZ 85234

○ SEPTEMBER 2002 - JUNE 2003
1511 E Beacon Dr
Gilbert, AZ 85234

○ APRIL 2000 - JANUARY 2003
15 Silverview Ct
Durango, CO 81303

○ MARCH 1996 - JANUARY 2002
407 N Behrend Ave
Farmington, NM 87401

○ MAY 1998 - MAY 1998
880 S Chestnut St Apt 18
Cortez, CO 81321

The records displayed in this report may or may not actually belong to the person you searched for, especially if the person you searched for has a common name. Please exercise caution when viewing court-related records, as they may not be accurate or complete.