# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br> _____ <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC/SRF |

## CERTIFICATE OF COMPLIANCE

Third-Party Defendants Deborah S. Skeans and Darbin Skeans ("Skeans") certify that Reply Brief of Third-Party Defendants in Support of Motion to Dismiss

("Reply Brief") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10. The Skeans further certify that the Reply Brief complies with the type-volume limitation of the Standing Order because it contains 2,142 words, which were counted by Microsoft Word 10.

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 N. West Street, Suite 1200
        Wilmington, DE  19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Third-Party Defendants,*
        *Deborah S. Skeans and Darbin Skeans*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice)*
Spencer R. Short (admitted *pro hac vice)*
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated: December 26, 2019