# EXHIBIT A

## Undertaking Concerning Confidential Material Covered by Protective Order

The Undersigned hereby acknowledges that he/she has the Protective Order dated_____, 2020 and entered in the United States District Court for the District of Delaware in the action entitled *Pavlis v. Key Commercial Finance, LLC,* et al.*,* C.A. No. 1:18-cv-01516-CFC, that he/she understands the terms thereof, and that he/she agrees to be bound by such terms. The Undersigned hereby acknowledges that the United States District Court for the District of Delaware has subject matter jurisdiction over any matters concerning the Protective Order including, but not limited to, matters concerning disputes, enforcement, and violations of the Protective Order. The Undersigned submits to the personal jurisdiction of the United States District Court for the District of Delaware with respect to any and all matters concerning the Protective Order.

_____     _____
Signature                                                                Date