# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> *Defendants*. | C.A. No. 1:18-cv-01516-CFC/SRF |
| JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> *Third-Party Plaintiffs,* <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> *Third-Party Defendants*. | |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Estate of Mr. Pavlis"), respectfully moves the Court to schedule a teleconference to address outstanding discovery disputes relating to defendants' failure to produce all responsive documents despite not objecting to any of Mr. Pavlis' discovery requests.

The following attorneys, including Delaware counsel, participated in a verbal meet-and-confer via telephone on February 27, 2020:

| | |
|---|---|
| Joelle E. Polesky (No. 3694)<br>Stradley Ronon Stevens & Young LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 295-4856<br>Fax: (302) 295-4801<br><br>-and-<br><br>William E. Mahoney, Jr. (*pro hac vice*)<br>Stradley Ronon Stevens & Young LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>Tel: (215) 564-8059<br>Fax: (215) 564-8120<br><br>*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis.* | Theodore A. Kittila (No. 3963)<br>5803 Kennett Pike, Suite C<br>Wilmington, DE 19807<br>Tel: (302) 257-2011<br>Fax: (302) 257-2019<br><br>*Attorney for Defendants, Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC.* |

Counsel for the Estate of Mr. Pavlis are available for a teleconference on the following dates:

      Monday, March 9, 2020

      Tuesday, March 10, 2020

      Wednesday, March 11, 2020

Based on the foregoing, the Estate of Mr. Pavlis respectfully moves this Court to schedule a teleconference to address outstanding discovery disputes.

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/*Joelle E. Polesky
        Joelle E. Polesky (No. 3694)
        1000 N. West Street, Suite 1200
        Wilmington, DE 19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

OF COUNSEL*:*

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: February 28, 2020