

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street

Suite 1200

Wilmington, DE 19801

Telephone  302.295.3805

Fax  302.295.4801

www.stradley.com

**Joelle E. Polesky**

Counsel

jpolesky@stradley.com

302.295.4856

March 3, 2020

<u>**Via E-Filing**</u>

The Honorable Sherry R. Fallon
United States District Court, District of Delaware
844 N. King Street
Wilmington, Delaware 19801

>  Re:   ***Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance, LLC, et. al.,***
>  **No. 1:18-cv-01516-CFC/SRF**

Dear Judge Fallon,

I represent Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Estate").  At the Estate's request, Your Honor scheduled a conference call to address a discovery dispute on March 11, 2020 at 4:00 p.m.  Unfortunately, I am now unavailable to participate at that time as I am meeting in Washington, D.C. with a client and a mediator at 3:30 p.m. in anticipation of a two-day mediation starting on March 12, 2020.  I have conferred with opposing counsel, and the parties are available after 12:00 p.m. on March 12, 2020, and before 2:00 p.m. on March 13, 2020.  If any of those times are convenient for Your Honor, I respectfully request the Court reschedule the discovery call.

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**
A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

4476593v.1

The Honorable Sherry R. Fallon
March 3, 2020
Page 2

I apologize for the inconvenience and appreciate the Court's consideration.

                                          Respectfully,

                                          */s/ Joelle E. Polesky*

                                          Joelle E. Polesky (ID No. 3694)

cc:    Theodore Kittila, Esquire (via email)
        James G. McMillan, III, Esquire (via email)
        William Mahoney, Esquire (via email)