# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, : : : : Plaintiff, : : v. : : KEY COMMERCIAL FINANCE LLC, : KEY COMMERCIAL FINANCE : PROPERTIES, LLC, EQUITY PROS, LLC, : and MOBILE AGENCY, LLC, : : Defendants. : | C.A. No. 1:18-cv-01516-CFC/SRF |

## NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT KEY COMMERCIAL FINANCE, LLC

I, Joelle E. Polesky, Esquire, a member of the Bar of this Court, certify that, March 16, 2020, I caused a true and correct copy of *Plaintiff's First Set of Interrogatories Directed to Defendant Key Commercial Finance, LLC*, *Notice of Service*, and *Certificate of Service* to be served on all counsel of record via email, and I caused a true and correct copy of this *Notice of Service of Plaintiff's First Set of Interrogatories Directed to Defendant Key Commercial Finance, LLC* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

STRADLEY RONON STEVENS & YOUNG, LLP

 */s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff*

4493186v.1