## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) | C.A. No. 1:18-cv-01516-CFC |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | ) ) ) ) | |
| *Defendants.* | ) ) | |

### NOTICE OF SERVICE OF
### DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS
### AND DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION

I, Theodore A. Kittila, a member of the Bar of this Court, certify that on March 27, 2020,

I caused a true and correct copy of *Defendants' Second Request For Production Of Documents*

and *Defendants' First Set Of Requests For Admission* to be served on all counsel of record by

email, and a copy of the foregoing to be served on Joelle Polesky, Esq. by hand delivery to:

> Joelle Polesky, Esq.
> Stradley Ronon Stevens & Young, LLP
> 1000 N. West Street, Suite 1200
> Wilmington, Delaware 19801

I further certify that I caused a true and correct copy of this *Notice of Service of Defendants'*

*Objections and Responses to Plaintiff's for Production of Documents* to be filed and served on all

counsel of record by the Court's CM/ECF electronic filing system.

Dated: March 27, 2020

HALLORAN FARKAS + KITTILA LLP

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Tel: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law
          jm@hfk.law
          wg@hfk.law

*Attorneys for Defendants*

2