# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## NOTICE OF SERVICE OF
## DEFENDANTS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

I, Theodore A. Kittila, a member of the Bar of this Court, certify that on March 31, 2020, I caused a true and correct copy of *Defendants' Third Request For Production Of Documents* to be served on all counsel of record by email, and a copy of the foregoing to be served on Joelle Polesky, Esq. by email delivery to:

> Joelle Polesky, Esq.
> Stradley Ronon Stevens & Young, LLP
> jpolesky@stradley.com
>
> William Mahoney, Esq.
> Stradley Ronon Stevens & Young, LLP
> wmahoney@stradley.com

I further certify that I caused a true and correct copy of this *Notice of Service of Defendants' Objections and Responses to Plaintiff's for Production of Documents* to be filed and served on all counsel of record by the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Dated: March 31, 2020 | **HALLORAN FARKAS + KITTILA LLP** |
| | /s/ *Theodore A. Kittila* |
| | Theodore A. Kittila (No. 3963) |
| | James G. McMillan, III (No. 3979) |
| | William E. Green, Jr. (No. 4864) |
| | 5801 Kennett Pike, Suite C/D |
| | Wilmington, Delaware 19807 |
| | Tel: (302) 257-2025 |
| | Fax: (302) 257-2019 |
| | Email: tk@hfk.law |
| | jm@hfk.law |
| | wg@hfk.law |
| | *Attorneys for Defendants* |