# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants.* | C.A. No. 1:18-cv-01516-CFC |

## NOTICE OF DEPOSITION

To:  Joelle Polesky, Esq.
     Stradley Ronon Stevens & Young, LLP
     jpolesky@stradley.com

   William Mahoney, Esq.
   Stradley Ronon Stevens & Young, LLP
   wmahoney@stradley.com

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants/Counterclaim Plaintiffs and Third Party Plaintiff will take the deposition upon oral examination of Deborah S. Skeans, both in her individual capacity and in her capacity as Executrix of the Estate of Frank E. Pavlis (the "Deponent"), on **April 29, 2020**, commencing at **9:30 a.m. (Eastern)**, with such deposition to be conducted via videoconference, or such other dates or at such other time or place as may be agreed upon by the parties or ordered by the Court. Such deposition will continue from day to day until completed. The deposition will be recorded by stenographic means and may be recorded by sound-and-visual means.

The Deponent is respectfully asked to coordinate with her counsel regarding the necessary equipment to conduct the deposition via videoconference and for the instructions to connect with the videoconference.

Dated: April 11, 2020                                          **HALLORAN FARKAS + KITTILA LLP**

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Tel: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law / jm@hfk.law
           wg@hfk.law

*Attorneys for Defendants / Counterclaim Plaintiffs / Third-Party Plaintiff*