# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-CFC/SRF |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

**TO:**  Theodore A. Kittila
William E. Green, Jr.
Halloran Farkas + Kittila, LLP
tk@hfklaw.com
wg@hfklaw.com

## NOTICE OF DEPOSITION OF CHAD SELF

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis will take the deposition upon oral examination of Chad Self on April 20, 2020, commencing at 9:30 a.m. (EST), with such deposition to be conducted via videoconference, or such other dates or at such other time or place as may be agreed upon by the parties or ordered by the Court.  Such deposition will continue from day to day until completed.  The deposition will be recorded by stenographic means and may be recorded by sound-and-visual means.

The deponent, Chad Self, is requested to coordinate with his counsel regarding the necessary procedure to conduct the deposition via videoconference and to obtain instructions to connect with the videoconference.

STRADLEY RONON
STEVENS & YOUNG, LLP

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff*

Dated: April 15, 2020