## AFFIDAVIT OF SERVICE

State of Delaware                                                                 United States District Court

Deborah S. Skeans, et al, Plaintiff(s)

vs.

Key Commercial Finance, LLC, et al, Defendant(s)                                  Case No: 1:18-cv-01516

For:

FREDERICKS & PALMER PROCESS SERVING
1125 Atlantic Ave, Suite 502
Atlantic City, NJ 08401

To be served on:   David S. Wyllie

Lester L. Franzen, undersigned, being duly sworn, deposes and says:
that on 14-Apr-2020 03:15 pm at 4530 Peachtree Rd, Chesnee, SC
the undersigned served the documents described as:

Witness Fee Check for $40.00

Letter and Subpoena

A true and correct copy of the aforesaid document(s) was served on:
David S. Wyllie
By personally delivering them into the hands of same.

The person receiving documents is described as follows:

Sex  M  ; Race  White  ; Hair Color  bald  ; Facial Hair ____
Approx. Age  65-70  ; Approx. Height  5'10"  ; Approx. Weight  240

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Subscribed and sworn to before me this                I certify that I am over the age of 18, have no interest in the above action.
15th day of April, 2020.                               Undersigned declares under penalty of perjury that the foregoing is true and correct.

NOTARY PUBLIC
My Commission Expires: 04-02-2025

Lester L. Franzen                                      SPP File:  113738-1
Process Server                                         Client File: ____