# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br>*Plaintiff*, <br><br>v. <br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br>*Defendants*. <br><br>───────────────────────── <br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br>*Third-Party Plaintiffs,* <br><br>v. <br><br>DEBORAH S. SKEANS and DARBIN SKEANS, <br><br>*Third-Party Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that William E. Green, Jr., Esq. of Halloran Farkas + Kittila LLP, hereby enters his appearance as counsel on behalf of Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC, and Third-Party Plaintiffs Justin Billingsley and Key Commercial Finance, LLC, in the above-captioned action.

Dated:  April 27, 2020

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:   tk@hfk.law
            jm@hfk.law
            wg@hfk.law

*Counsel for Defendants and Third-Party Plaintiffs*