# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 1:18-cv-01516-CFC/SRF <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Joelle E. Polesky, Esquire, a member of the Bar of this Court, certify that on April 27, 2020, I caused a true and correct copy of *Plaintiff's Responses and Objections to Defendants' Second Request for Production of Documents*, and *Notice of Service of Plaintiff's Responses and Objections to Defendants' Second Request for Production of Documents* to be served on all counsel of record via email, and I caused a true and correct copy of this *Notice of Service of Plaintiff's Responses and Objections to Defendants' Second Request for Production of Documents* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

STRADLEY RONON STEVENS & YOUNG, LLP

 /s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff*