# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> *Defendants*. <br><br> ——————————————————— <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> *Third-Party Plaintiffs*, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> *Third-Party Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## DEFENDANTS' MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobil Agency, LLC (together, "Defendants") respectfully move this Court to schedule a teleconference to address outstanding discovery disputes relating to Plaintiff Deborah Skeans' refusal to produce certain responsive documents.

Plaintiff confirmed the existence of the documents at issue during a deposition of Plaintiff on April 29, 2020. The following Defendants' counsel sought to schedule a meet and confer, but Plaintiff's counsel was unable to meet and confer before the Court-ordered close of discovery on April 30, 2020:

| | |
|---|---|
| Theodore A. Kittila (No. 3963)<br>William E. Green (No. 4864)<br>Halloran Farkas + Kittila LLP<br>5801 Kennett Pike, Suite C/D<br>Wilmington, Delaware 19807<br>Tel:  (302) 257-2011<br>Fax:  (302) 259-2019<br><br>*Attorneys for Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobil Agency, LLC* | William E. Mahoney (*pro hac vice*)<br>Stradley Ronon Steven & Young LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, Pennsylvania<br>Tel:  (215) 564-8059<br>Fax:  (215) 564-8059<br><br>*With Copy To:*<br><br>Joelle E. Polesky (No. 3694)<br>Stradley Ronon Stevens & Young LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel:  (302) 295-4856<br>Fax:  (302) 295-4801<br><br>*Attorneys for Plaintiff Deborah S. Skeans, Executrix to Estate of Frank Pavlis* |

Counsel for Defendants are available for a teleconference on the following dates:

May 6, 2020

May 8, 2020

May 11, 2020

| | |
|---|---|
| Dated:  April 30, 2020 | Respectfully submitted,<br><br>*/s/ Theodore A. Kittila*<br>Theodore A. Kittila (No. 3963)<br>James G. McMillan, III (No. 3979)<br>William E. Green, Jr. (No. 4864)<br>**HALLORAN FARKAS + KITTILA LLP**<br>5801 Kennett Pike, Suite C/D<br>Wilmington, Delaware  19807<br>Phone:  (302) 257-2025<br>Fax:  (302) 257-2019<br>Email:   tk@hfk.law / jm@hfk.law / wg@hfk.law<br><br>*Counsel for Defendants* |