# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-CFC/SRF |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF THIRD-PARTY DEFENDANTS' RESPONSES AND OBJECTIONS TO DEFENDANTS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

I, Joelle E. Polesky, a member of the Bar of this Court, certify that on April 30, 2020, I caused a true and correct copy of *Third-Party Defendants' Responses and Objections to Defendants' Third Request for Production of Documents*, to be served on all counsel of record via email, and on May 1, 2020 I caused a true and correct copy of this *Notice of Service of Third-Party Defendants' Responses and Objections to Defendants' Third Request for Production of Documents* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                STRADLEY RONON STEVENS & YOUNG, LLP

                                                /s/ Joelle E. Polesky
                                                Joelle E. Polesky (ID No. 3694)
                                                1000 North West Street, Suite 1279
                                                Wilmington, DE 19801
                                                Tel: (302) 295-4856
                                                Fax: (302) 295-4801
                                                Email: jpolesky@stradley.com
                                                *Attorneys for Plaintiff*