**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | ) ) ) C.A. No. 1:18-cv-01516-CFC ) ) |
| *Defendants.* | ) ) ) |
| JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, | ) ) ) |
| *Third-Party Plaintiffs,* | ) ) |
| v. | ) ) |
| DEBORAH S. SKEANS and DARBIN SKEANS, | ) ) ) |
| *Third-Party Defendants.* | ) ) |

**DEFENDANTS' AMENDED MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobil Agency, LLC (together, "Defendants") respectfully move this Court to schedule a teleconference to address outstanding discovery disputes relating to Plaintiff Deborah Skeans' refusal to produce certain responsive documents.

Plaintiff confirmed the existence of the documents at issue during a deposition of Plaintiff on April 29, 2020.  The following Defendants' counsel sought to schedule a meet and confer, but Plaintiff's counsel was unable to meet and confer before the Court-ordered close of discovery on April 30, 2020:

Theodore A. Kittila (No. 3963)
William E. Green (No. 4864)
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Tel:  (302) 257-2011
Fax:  (302) 259-2019


*Attorneys for Defendants Key Commercial
Finance, LLC, Key Commercial Finance
Properties, LLC, Equity Pros, LLC, and
Mobil Agency, LLC*

William E. Mahoney (*pro hac vice*)
Stradley Ronon Steven & Young LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania
Tel:  (215) 564-8059
Fax:  (215) 564-8059

*With Copy To:*

Joelle E. Polesky (No. 3694)
Stradley Ronon Stevens & Young LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Tel:  (302) 295-4856
Fax:  (302) 295-4801

*Attorneys for Plaintiff Deborah S. Skeans,
Executrix to Estate of Frank Pavlis*

Counsel for both parties are available for a teleconference on the following dates:

May 11, 2020

May 12, 2020

May 13, 2020

Dated:  May 1, 2020

Respectfully submitted,

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
**HALLORAN FARKAS + KITTILA LLP**
5801 Kennett Pike, Suite C/D
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:   tk@hfk.law / jm@hfk.law /
wg@hfk.law

*Counsel for Defendants*

2