

Theodore A. Kittila
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email:  tk@hfk.law

May 7, 2020

**By CM/ECF**

The Honorable Sherry R. Fallon
United States District Court for
the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:  **_Pavlis v. Key Commercial Finance, LLC_, et al., C.A. No. 1:18-cv-01516-CFC/SRF**

Dear Judge Fallon:

    Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC (together, "Defendants") file this letter in accordance with the Court's May 4, 2020 Order on Defendants' Amended Motion for Discovery Dispute Teleconference [D.I. 74].

    On Tuesday, May 5, 2020, the parties were able to resolve the dispute. Plaintiff has agreed to produce (i) Glenmede Trust's renunciation as Executor, and (ii) Frank E. Pavlis' Revocable Trust, along with any amendments thereto.

    Defendants hereby withdraw the Amended Motion for Discovery Dispute Teleconference in reliance on Plaintiff's agreement to produce the documents identified above. Thank you for your consideration of this matter.

Respectfully,

/s/ *Theodore A. Kittila* (DE Bar No. 3963)

Theodore A. Kittila, Attorney at Law
Halloran Farkas + Kittila LLP

cc:    Joelle E. Polesky, Esq
        William E. Mahoney, Esq.
        James G. McMillan, III, Esq.
        William E. Green, Jr., Esq.