IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>   Plaintiff,<br><br>  v.<br><br>KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC and MOBILE AGENCY LLC,<br><br>   Defendants. | Civ. No. 18-1516-CFC/SRF |

## **ORDER**

At Wilmington this 15th day of July, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on June 16, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 76) is adopted.

2. Third-Party Defendants' motion to dismiss (D.I. 48) is granted.

_____
United States District Judge