# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br> *Plaintiff*, <br> v. <br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br> *Defendants.* | C.A. No. 1:18-cv-01516-CFC |

## APPENDIX TO DEFENDANTS' CONCISE STATEMENT OF FACTS

**HALLORAN FARKAS + KITTILA LLP**

Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law / jm@hfk.law / wg@hfk.law

Dated: August 17, 2020

*Counsel for Defendants*

| Description | Date | Bates No. | Tab | Page |
|---|---|---|---|---|
| Deborah Skeans Bio | NA | NA | DA-1 | A-1 |
| Frank Edward Pavlis Obituary | NA | NA | DA-2 | A-3 |
| Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission | 04/27/2020 | NA | DA-3 | A-10 |
| Deposition of David Scott Wyllie (excerpts) | 05/07/2020 | NA | DA-4 | A-18 |
| Deposition of Deborah S. Skeans (excerpts) | 04/29/2020 | NA | DA-5 | A-28 |
| Deposition of Justin C. Billingsley (excerpts) | 04/27/2020 | NA | DA-6 | A-51 |
| Email from Justin Billingsley to Debby Skeans | 11/05/2012 | P-000266 | DA-7 | A-117 |
| Deposition of Gary W. Miller (excerpts) | 04/24/2020 | NA | DA-8 | A-119 |
| Email from Debby Skeans to Justin Billingsley | 06/08/2014 | P-000843 | DA-9 | A-124 |
| Key Commercial Finance LLC, Convertible Promissory Note, $3,000,000 | 09/01/2014 | NA | DA-10 | A-126 |
| Key Commercial Finance LLC, Convertible Promissory Note, $4,000,000 | 11/01/2014 | NA | DA-11 | A-134 |
| Key Commercial Finance LLC Note Purchase Agreement | 08/21/2014 | NA | DA-12 | A-142 |
| Key Commercial Finance LLC Note Purchase Agreement | 11/21/2014 | NA | DA-13 | A-154 |
| Email chain between Debby Skeans and Craig Harris | 10/01/2017 | P-001975 – P-001977 | DA-14 | A-166 |
| Letter from Edward J. Lentz, Esq. to Frank E. Pavlis | 03/06/2015 | P-000086 | DA-15 | A-170 |
| Key Commercial Finance, LLC, Confidential Private Placement Memorandum | 08/01/2014 | NA | DA-16 | A-172 |

| | | | | |
|---|---|---|---|---|
| Email from Justin Billingsley to Debby Skeans | 09/15/2017 | KCF005867 – KCF005869 | DA-17 | A-191 |
| Assignment of Note | 09/19/2017 | P-000092 – P-000099 | DA-18 | A-195 |
| Last Will and Testament, Frank E. Pavlis | 08/17/2016 | P-003904 – P-003909 | DA-19 | A-204 |
| Email with attachment from Debby Skeans to Justin Billingsley | 07/18/2016 | KCF003872 – KCF003876 | DA-20 | A-211 |
| Email with attachment from Debby Skeans to Roberta Valerio | 03/27/2018 | P-002617 – P-002618 | DA-21 | A-217 |

ii