# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br><br> ─────────────────────────── <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis moves for partial summary judgment against all named Defendants as to Counts I and V of the

Verified Complaint (D.I. 1).

The grounds for this motion are set forth in the accompanying Opening Brief in Support of Plaintiff's Motion for Partial Summary Judgment and Concise Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment, filed contemporaneously with this motion.

|  |  |
|---|---|
|  | STRADLEY RONON STEVENS & YOUNG, LLP |
|  | */s/ Joelle E. Polesky*<br>Joelle E. Polesky (ID No. 3694)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801<br>Tel: (302) 295-4856<br>Fax: (302) 295-4801<br>Email: jpolesky@stradley.com |
|  | *Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis* |
| OF COUNSEL:<br><br>William E. Mahoney, Jr. (*pro hac vice*)<br>Spencer R. Short (*pro hac vice*)<br>Stradley Ronon Stevens & Young LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>Tel: (215) 564-8059<br>Fax: (215) 564-8120 |  |

Dated: August 17, 2020

2