# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br><br> ——————————————— <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC |

### [PROPOSED] ORDER GRANTING
### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this _____ day of _____, 2020, upon consideration

of the Motion for Partial Summary Judgment of Plaintiff, Deborah S. Skeans,

Executrix of the Estate of Frank E. Pavlis, attached exhibits, accompanying Opening Brief in Support of Plaintiff's Motion for Partial Summary Judgment, and Concise Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment, and any response and reply thereto, it is **ORDERED** that the Motion is **GRANTED**, and Summary Judgment is **ENTERED** in favor of Plaintiff and against Defendants as follows:

1. Plaintiff is entitled to summary judgment in her favor on Plaintiff's claim for declaratory relief as set forth in Count I of the Verified Complaint (D.I. 1);

2. Plaintiff is entitled to summary judgment in her favor on Plaintiff's claim for unjust enrichment as set forth in Count V of the Verified Complaint. (D.I. 1).

BY THE COURT:

_____
J.