# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br>　　　Plaintiff, <br><br>　　v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br>　　　Defendants. <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br>　　　Third-Party Plaintiffs <br><br>　　v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br>　　　Third-Party Defendants | C.A. No. 1:18-cv-01516-CFC |

**CERTIFICATE OF COMPLIANCE OF OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that Opening Brief in Support of Plaintiff's Motion for Partial Summary Judgment ("Opening Brief"), complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using

Microsoft Word 10.  Plaintiff further certifies that the Opening Brief complies with the type-volume limitations of the Standing Order because it contains 4499 words, which were counted by Microsoft Word 10.

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 N. West Street, Suite 1200
        Wilmington, DE  19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Plaintiff,*
        *Deborah S. Skeans, Executrix of*
        *the Estate of Frank E. Pavlis*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: August 17, 2020