## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br>     Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br>     Defendants. <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br>     Third-Party Plaintiffs <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br>     Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 1:18-cv-01516-CFC |

### CERTIFICATE OF COMPLIANCE OF
### CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF
### <u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that Concise Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment ("Concise Statement") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point

font typeface using Microsoft Word 10.  Plaintiff further certifies that the Concise Statement complies with the type-volume limitation of this Court's October 31, 2019 Scheduling Order (D.I. 37) because it contains 1481 words, which were counted by Microsoft Word 10.

                            STRADLEY RONON
                            STEVENS & YOUNG, LLP

                            */s/ Joelle E. Polesky*
                            Joelle E. Polesky (ID No. 3694)
                            1000 N. West Street, Suite 1200
                            Wilmington, DE  19801
                            Tel: (302) 295-4856
                            Fax: (302) 295-4801
                            Email: jpolesky@stradley.com

                            *Attorneys for Plaintiff,*
                            *Deborah S. Skeans, Executrix of*
                            *the Estate of Frank E. Pavlis*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: August 17, 2020