## **CERTIFICATION OF COMPLIANCE**

This Concise Statement of Facts was prepared in Times New Roman 14-point typeface and contains 1,166 words exclusive of: (a) the cover page, (b) the quoted facts alleged in Plaintiff's Concise Statement of Material Fact, and (c) the signature block, as calculated by Microsoft Word's word count function, in compliance the typeface and word count requirements set forth in Paragraphs 11.d, 15, & 16 of the Scheduling Order entered by the Court in this action on October 31, 2019 [D.I. 37].

Date: August 31, 2020

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3979)