**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,

Plaintiff,

v.

KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC

Defendants.

---

JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,

Third-Party Plaintiffs,

v.

DEBORAH S. SKEANS and DARBIN SKEANS,

Third-Party Defendants.

No. 1:18-cv-01516-CFC

**CERTIFICATE OF COMPLIANCE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS**

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that Plaintiff's Response to Defendants' Concise Statement of Facts

("Response to Concise Statement") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10. Plaintiff further certifies that the Response to Concise Statement complies with the type-volume limitation of this Court's October 31, 2019 Scheduling Order (D.I. 37) because it contains 1,460 words, which were counted by Microsoft Word 10.

STRADLEY RONON
STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

OF COUNSEL:
William E. Mahoney, Jr. (admitted *pro hac vice)*
Spencer R. Short (admitted *pro hac vice)*
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated: August 31, 2020