# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br><br> ──────────────────── <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this _____ day of _____, 2020, upon consideration

of Defendants' Motion for Summary Judgment (D.I. 78), and Plaintiff's Response

in Opposition to Defendants' Motion for Summary Judgment, it is **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED** in its entirety.

BY THE COURT:

_____
J.
