## **CERTIFICATION OF COMPLIANCE**

This brief was prepared in Times New Roman 14-point typeface and contains 2,492 words exclusive of the cover page, tables, and signature block, as calculated by Microsoft Word's word count function, in compliance the typeface and word count requirements set forth in Rule 7.1.3(4) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and Paragraphs 15 & 16 of the Scheduling Order entered by the Court in this action on October 31, 2019 [D.I. 37].

Date: September 8, 2020  /s/ *William E. Green, Jr.*
William E. Green, Jr. (No. 4864)