IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants.<br><br>―――――――――――――――――<br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>Third-Party Defendants. | No. 1:18-cv-01516-CFC |

**CERTIFICATE OF COMPLIANCE OF
REPLY BRIEF IN SUPPORT OF PLAINTIFF'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that Reply Brief in Support of Plaintiff's Motion for Partial Summary

Judgment ("Reply") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10.  Plaintiff further certifies that the Reply complies with the type-volume limitation of the Standing Order because it contains 2,445 words, which were counted by Microsoft Word 10.

>                           STRADLEY RONON
>                           STEVENS & YOUNG, LLP
>
>                           /s/ Joelle E. Polesky
>                           Joelle E. Polesky (ID No. 3694)
>                           1000 N. West Street, Suite 1200
>                           Wilmington, DE  19801
>                           Tel: (302) 295-4856
>                           Fax: (302) 295-4801
>                           Email: jpolesky@stradley.com
>
>                           *Attorneys for Plaintiff*

OF COUNSEL:

William E. Mahoney, Jr. (admitted *pro hac vice*)
Spencer R. Short (admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120


Dated: September 8, 2020