# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br> v. <br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br> _____ <br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br> v. <br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

### MOTION OF PLAINTIFF DEBORAH S. SKEANS FOR LEAVE TO SUPPLEMENT VERIFIED COMPLAINT

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, moves pursuant to Federal Rule of Civil Procedure 15(d) for leave to supplement the Verified Complaint filed on October 1, 2018 (D.I. 1) to include a claim for breach of contract with respect to the November 1, 2014 Note the Defendant Key

- 2 -

Commercial Finance, LLC purported to issue to Frank Pavlis. A copy of the proposed Supplemental Complaint is attached as Exhibit 1, with a black-lined version attached as Exhibit 2. The grounds for this motion are set forth in Opening Brief in Support of Motion of Plaintiff Deborah S. Skeans for Leave to File Supplemental Complaint, filed contemporaneously with this motion.

OF COUNSEL:

William E. Mahoney, Jr. (*pro hac vice*)
Spencer R. Short (*pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated: January 20, 2021

STRADLEY RONON
STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*