## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants.<br>_____<br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>Third-Party Plaintiffs,<br>v.<br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2021, upon consideration of the Motion of Plaintiff Deborah S. Skeans for Leave to File Supplemental Complaint ("Motion") and any response and reply thereto, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is directed to docket the Supplemental Complaint, attached as Exhibit 1 to the Motion.

_____
J.

- 2 -