## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants.<br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>Third-Party Plaintiffs,<br>v.<br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

## LOCAL RULE 7.1.1 STATEMENT

I, Joelle E. Polesky, certify pursuant to Rule 7.1.1 of the Local Rules of

Civil Practice and Procedure of the United States District Court for the District of

Delaware, that I made a reasonable effort, by both telephone and email

correspondence, to reach agreement with counsel for Defendants on the matters set

forth in the Motion of Plaintiff Deborah S. Skeans for Leave to File Supplemental

Complaint ("Motion"), filed contemporaneously with this Local Rule 7.1.1.

Statement.

STRADLEY RONON
STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

Dated: January 20, 2021