# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br><br>——————————————— <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

### CERTIFICATE OF COMPLIANCE FOR OPENING BRIEF IN SUPPORT OF MOTION OF PLAINTIFF DEBORAH S. SKEANS FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that the Opening Brief in Support of Motion of Plaintiff Deborah S. Skeans

4869703v.1

for Leave to File Supplemental Complaint ("Opening Brief") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10.  Plaintiff further certifies that Opening Brief complies with the type-volume limitation of the Standing Order because it contains 2,091 words, which were counted by Microsoft Word 10.

                              STRADLEY RONON
                              STEVENS & YOUNG, LLP

                              */s/ Joelle E. Polesky*
                              Joelle E. Polesky (ID No. 3694)
                              1000 N. West Street, Suite 1200
                              Wilmington, DE  19801
                              Tel: (302) 295-4856
                              Fax: (302) 295-4801
                              Email: jpolesky@stradley.com

                              *Attorneys for Plaintiff,*
                              *Deborah S. Skeans, Executrix of*
                              *the Estate of Frank E. Pavlis*

Dated: January 20, 2021