# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC,<br><br>*Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## CERTIFICATION OF COMPLIANCE

This brief has been prepared in Times New Roman 14-point typeface and contains 4,660 words, which were counted by Microsoft Word's word count function, in compliance the typeface and word-count requirements set forth in Rule 7.1.3(4) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and Paragraphs 15 & 16 of the Scheduling Order entered by the Court in this action on October 31, 2019 [D.I. 37].

2

Dated:  February 3, 2020                    HALLORAN FARKAS + KITTILA LLP

/s/ Theodore A. Kittila
Theodore A. Kittila (No. 3963)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:  tk@hfk.law / wg@hfk.law

*Counsel for Defendants*

2