## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants.<hr>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>Third-Party Plaintiffs,<br>v.<br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

## CERTIFICATE OF COMPLIANCE OF
## REPLY BRIEF IN SUPPORT OF PLAINTIFF'S
## MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that the Reply Brief in Support of Plaintiff's Motion for Leave to Supplement Complaint ("Reply") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing

Order") because it was prepared in Times New Roman 14-point font typeface using

Microsoft Word 10.  Plaintiff further certifies that the Reply complies with the type-

volume limitation of the Standing Order because it contains 2464 words, which were

counted by Microsoft Word 10.

                                        STRADLEY RONON
                                        STEVENS & YOUNG, LLP

                                        */s/ Joelle E. Polesky*
                                        Joelle E. Polesky (ID No. 3694)
                                        1000 N. West Street, Suite 1200
                                        Wilmington, DE  19801
                                        Tel: (302) 295-4856
                                        Fax: (302) 295-4801
                                        Email: jpolesky@stradley.com

                                        *Attorneys for Plaintiff, Deborah*
                                        *S. Skeans, Executrix of the*
OF COUNSEL:                             *Estate of Frank E. Pavlis*

William E. Mahoney, Jr. (*pro hac vice*)
Spencer R. Short (*pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated:  February 10, 2021