# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> Defendants. <br><br>_____ <br><br> JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEBORAH S. SKEANS and DARBIN SKEANS, <br><br> Third-Party Defendants. | No. 1:18-cv-01516-CFC-MPT |

## **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of

the United States District Court for the District of Delaware, plaintiff, Deborah S.

4894434v.1

Skeans, Executrix of the Estate of Frank E. Pavlis, respectfully requests the Court schedule oral argument on Motion of Plaintiff Deborah S. Skeans for Leave to Supplement Verified Complaint (D.I. 96), which is fully briefed, at a time convenient for the Court and the parties.

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 N. West Street, Suite 1200
        Wilmington, DE  19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Plaintiff,*
        *Deborah S. Skeans, Executrix of*
        *the Estate of Frank E. Pavlis*

Dated: February 10, 2021