IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-01516-CFC |

## **MEMORANDUM ORDER**

Pending before me is Defendants' Motion for Summary Judgment. D.I. 78. In Defendants' Concise Statement of Undisputed Material Facts filed in support of their motion, they state that "Mr. Pavlis[] was a sharp and sophisticated man, and his mental acuity did not diminish with age." D.I. 80 ¶ 5. In support of this statement of fact, Defendants cite deposition testimony. D.I. 80 at 3 n.2. Plaintiff denies this asserted fact and cites record evidence that appears on its face to contradict the deposition testimony cited by Defendants. See D.I. 88 at 2 n.2.

Because there is a disputed fact that Defendants have said is material to their motion for summary judgment, I will deny the motion. *See Anderson v. Liberty*

*Lobby, Inc.*, 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

WHEREFORE, this Fifth day of April in 2021, Defendants' Motion for Summary Judgment (D.I. 78) is DENIED.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE