# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC,<br><br>*Defendants*.<br><br>―――――――――――――――――<br><br>JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>*Third-Party Plaintiffs*,<br><br>v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>*Third-Party Defendants*. | C.A. No. 1:18-cv-01516-CFC |

## STIPULATION AND [PROPOSED] ORDER
## AMENDING SCHEDULING ORDER

WHEREAS, on October 31, 2019, the Court granted the Scheduling Order [D.I. 37] governing the schedule in the above-captioned matter;

WHEREAS, on April 15, 2021, pursuant to the Court's Oral Order, the Court amended the Scheduling Order to require the parties to file the Pre-Trial Order, Proposed Jury Instructions, and Proposed Voir Dire (collectively, "Pre-Trial Order"), by June 23, 2021;

WHEREAS, the Court's Oral Order scheduled the pre-trial conference for July 14, 2021 at 4:00 p.m., and trial is scheduled to begin on August 2, 2021;

WHEREAS, the parties jointly seek additional time until July 2, 2021 to coordinate regarding the Pre-Trial Order, including the filing of motions in limine;

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, as follows:

1. The parties shall jointly file and hand deliver to the Court, the Pre-Trial Order, Proposed Jury Instructions, Proposed Voir Dire and motions in limine no later than 2:00 p.m. on July 2, 2021.

2.  The remainder of the Scheduling Order shall remain unchanged.

| | |
|---|---|
| **STRADLEY RONON STEVENS & YOUNG, LLP** | **HALLORAN FARKAS + KITTILA LLP** |
| /s/ *Joelle E. Polesky* | /s/ *William E. Green, Jr.* |
| Joelle E. Polesky (No. 3694) | Theodore A. Kittila (No. 3963) |
| 1000 N. West Street, Suite 1200 | James G. McMillan, III (No. 3979) |
| Wilmington, Delaware 19801 | William E. Green, Jr. (No. 4864) |
| Phone: (302) 295-4856 | 5801 Kennett Pike, Suite C/D |
| Fax: (302) 295-4801 | Wilmington, Delaware 19807 |
| Email: jpolesky@stradley.com | Phone: (302) 257-2025 |
| | Fax: (302) 257-2019 |
| -and- | Email: tk@hfk.law / jm@hfk.law / wg@hfk.law |
| William E. Mahoney, Jr. (*pro hac vice*) | |
| Stradley Ronon Stevens & Young, LLP | *Counsel for Defendants and Third-Party Plaintiffs* |
| 2005 Market Street, Suite 2600 | |
| Philadelphia, Pennsylvania 19103 | |
| *Counsel for Plaintiff and Third-Party Defendants* | |

Dated: June 16, 2021

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge