## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff,*<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:18-cv-01516-CFC |
| JUSTIN BILLINGSLEY and KEY COMMERCIAL FINANCE, LLC,<br><br>*Third-Party Plaintiffs,*<br><br>v.<br><br>DEBORAH S. SKEANS and DARBIN SKEANS,<br><br>*Third-Party Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ~~[PROPOSED]~~ ORDER
## AMENDING SCHEDULING ORDER

WHEREAS, on October 31, 2019, the Court granted the Scheduling Order

[D.I. 37] governing the schedule in the above-captioned matter;

WHEREAS, on April 15, 2021, pursuant to the Court's Oral Order, the Court amended the Scheduling Order to require the parties to file the Pre-Trial Order, Proposed Jury Instructions, and Proposed Voir Dire (collectively, "Pre-Trial Order"), by June 23, 2021;

WHEREAS, the Court's Oral Order scheduled the pre-trial conference for July 14, 2021 at 4:00 p.m., and trial is scheduled to begin on August 2, 2021;

WHEREAS, the parties jointly seek additional time until July 2, 2021 to coordinate regarding the Pre-Trial Order, including the filing of motions in limine;

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, as follows:

1.    The parties shall jointly file and hand deliver to the Court, the Pre-Trial Order, Proposed Jury Instructions, Proposed Voir Dire and motions in limine no later than 2:00 p.m. on July 2, 2021.

2.    The pretrial conference and trial are canceled. New pretrial conference and trial dates will be set by the Court after it receives the filings that had been due by June 23, 2021.

~~2.     The remainder of the Scheduling Order shall remain unchanged.~~

**STRADLEY RONON**
**STEVENS & YOUNG, LLP**

*/s/ Joelle E. Polesky*
Joelle E. Polesky (No. 3694)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Phone:  (302) 295-4856
Fax:  (302) 295-4801
Email:  jpolesky@stradley.com

-and-

William E. Mahoney, Jr. (*pro hac vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103

*Counsel for Plaintiff and Third-Party*
*Defendants*

Dated:  June 16, 2021

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (No. 3963)
James G. McMillan, III (No. 3979)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:  tk@hfk.law / jm@hfk.law /
   wg@hfk.law

*Counsel for Defendants and Third-*
*Party Plaintiffs*

IT IS SO ORDERED this  *17th* day of ___*June*___, 2021.

_____
United States District Court Judge