# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff,*<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>*Defendants*. | No. 1:18-cv-01516-CFC-MPT |

## PLAINTIFF'S WITNESS LIST

Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, provides the following list of witnesses that it may call to testify at trial. Plaintiff reserves the right to revise, amend, supplement, or modify this list based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, anticipated motions, and similar developments. Plaintiff further reserves the right to supplement this list to rebut or otherwise address deposition designations, exhibits, or other facts identified by Defendants.

**WITNESSES**:

Deborah S. Skeans

Darbin Skeans

Justin Billingsley

G. Chadwick Self

Gary Miller (via deposition designations)

David Wyllie (via deposition designations)

Edward Lentz, Esq.

Susan Mucciarone

        STRADLEY RONON
        STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 N. West Street, Suite 1200
        Wilmington, DE  19801
        Tel: (302) 295-4856
        Fax: (302) 295-4801
        Email: jpolesky@stradley.com

        *Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*

OF COUNSEL:

William E. Mahoney, Jr. (*pro hac vice*)
Cameron Redfern (to be admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120