# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>*Defendants*. | No. 1:18-cv-01516-CFC-MPT |

## DEFENDANTS' WITNESS LIST

Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC (together, "Defendants") provide the following list of witnesses that they may call to testify at trial. Defendants reserve the right to revise, amend, supplement, or modify this list based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence, or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, anticipated motions, and similar developments. Defendants further reserve the right to supplement this list to rebut or otherwise address deposition designations,

exhibits, or other facts identified by Plaintiff. Defendants further reserve the right to cross-examine any witnesses called by Plaintiff.

### WITNESSES:

G. Chadwick Self

Justin Billingsley

Deborah S. Skeans

Darbin Skeans

Gary Miller (via deposition designations)

David Wyllie (via deposition designations)

Edward Lentz, Esq.

Susan Mucciarone

| | |
|---|---|
| Dated: July 2, 2021 | **HALLORAN FARKAS + KITTILA LLP**<br><br>*/s/ Theodore A. Kittila*<br>Theodore A. Kittila (No. 3963)<br>William E. Green, Jr. (No. 4864)<br>5801 Kennett Pike, Suite C/D<br>Wilmington, Delaware 19807<br>Phone: (302) 257-2025<br>Fax: (302) 257-2019<br>Email: tk@hfk.law / wg@hfk.law<br><br>*Counsel for Defendants* |