# EXHIBIT C

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC <br><br> *Defendants*. | No. 1:18-cv-01516-CFC-MPT |

**PLAINTIFF'S DESIGNATIONS AND DEFENDANTS' COUNTER-DESIGNATIONS FROM DEPOSITION TRANSCRIPT OF GARY W. MILLER - APRIL 24, 2020**

The parties hereby provide their designations and counter-designations to the deposition transcript of Gary W. Miller from April 24, 2020. The parties hereby reserve the right to revise, amend, supplement, or modify these deposition designations based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, anticipated motions, and similar developments. The parties further reserve the right to supplement these designations to rebut or otherwise address deposition

1

designations, exhibits, or other facts identified by the other party (or parties). All

irrelevant and redundant material, including objections and colloquy of counsel will

be eliminated from the deposition designations below when the designations are read

to the jury.

| Plaintiff's Designations | Defendants' Counter-Designations |
|---|---|
| Pages 7, lines 24 | |
| Page 8, lines 1-7 and 14-18 | |
| Pages 10, lines 6-24 | |
| Page 11, lines 1-11 | |
| Pages 14, lines 5-24 | |
| Page 15, lines 1-17 | |
| Page 16, lines 5-24 | |
| Page 22, lines 2-16 | |
| Pages 24, line 24 | |
| Page 25, lines 1-24 | |
| Page 26, lines 1-24 | |

| | |
|---|---|
| Page 27, lines 1-22 | |
| | Page 28, lines 7-24 |
| | Page 29, lines 1-11 |
| Page 30 lines 11-21 | |
| Page 31, lines 4-8 and 20-24 | |
| Page 32, lines 6-24 | |
| Page 33, lines 1-4 | |
| Page 34, lines 11-20 | |
| Page 35, lines 2-8 | |
| Page 37, lines 4-9 | |
| Pages 38, lines 16-24 | |
| Page 39, lines 2-20 and 23-24 | |
| Page 40 lines 1-24 | |
| Page 41, lines 1-23 | |

| | |
|---|---|
| Page 44 lines 22-24 | |
| Page 45, lines 1-4 and 20-24 | Page 45, lines 6-19 |
| Page 46, lines 1-9 | |
| Page 48, lines 10-24 | |
| Page 49, lines 1-24 | |
| Page 51, lines 3-9 and 14-24 | |
| Page 52, lines 1-2 | |
| Page 53, lines 10-19 | |
| Page  56, lines 6-24 | |
| Pages 57, lines 1-9 and 24 | |
| Page 58, lines 1-9 | |

| | |
|---|---|
| Page 59, lines 1-12 | |
| Page 60, lines 2-15 | Page 60, lines 17-23 |
| Pages 61, lines 6-24 | Page 61, lines 1-3 |
| Page 62, lines, 1-10 and 20-24 | |
| Page 63, lines 1-3 and 6-24 | |
| Page 64, lines 1-21 | |
| | Page 66, line 24 |
| | Page 67, lines 1-17 |
| Pages 70, lines 15-24 | |
| Page 71, lines 1-17 | |
| | Page 72, lines 12-24 |
| | Page 73, lines 1-7 |
| Page 74, lines  3-7 | |
| Page 76, lines 4 and 7-24 | |

| | |
|---|---|
| Page 77, lines 1-8 and 12-22 | |
| Page 78, lines 21-24 | |
| Page 79, lines 1-8 | |
| Page 80, lines 7-24 | |
| Page 81, lines 1-12 | Page 81, lines 13-24 |
| | Page 82, lines 1-2 |
| Page 87, line 24 | |
| | Page 88, lines 1-24 |
| Page 89, line 24 | Page 89, lines 1-23 |
| Page 90, lines 1-7 | Page 90, lines 8-24 |
| Page 91, lines 1-9 and 11-24 | |
| | Page 94, line 24 |
| Page 95, line 24 | Page 95, lines 1-23 |
| Page 96, Lines 1-5 | |
| Page 98, lines 16-18 and 22-24 | |

| | |
|---|---|
| Page 99, lines 1-24 | |
| Page 100, lines 1-24 | |
| Page 101, lines 1-4 | Page 101, line 5 |
| Page 102, lines 14-24 | |
| Page 103, lines 17-22 | Page 103, lines 1-16 |
| Page 105, lines 8-14 and 21-24 | |
| Page 106, lines 1-20 | |
| | Page 114, lines 16-24 |
| | Page 115, lines 1-24 |
| | Page 116, lines 1-24 |
| | Page 117, lines 1-17 |
| Page 120, lines 5-24 | |
| Page 121, lines 1-10 and 12-23 | |
| Page 122, line 1 | |

|  |  |
|---|---|
|  |  |
|  | Page 127, lines 7-17 |
|  | Page 130, lines 11-24 |
|  | Page 131, lines 4-8 |
| Page 131, lines 9-20 |  |