# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>*Defendants*. | No. 1:18-cv-01516-CFC-MPT |

## DEFENDANTS' DESIGNATIONS AND PLAINTIFF'S COUNTER-DESIGNATIONS FROM DEPOSITION TRANSCRIPT OF DAVID SCOTT WYLLIE - MAY 7, 2020

The parties hereby provide their designations and counter-designations to the deposition transcript of David Scott Wyllie from May 7, 2020. The parties hereby reserve the right to revise, amend, supplement, or modify these deposition designations based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, anticipated motions, and similar developments. The parties further reserve the right to supplement these designations to rebut or otherwise address deposition

designations, exhibits, or other facts identified by the other party (or parties). All irrelevant and redundant material, including objections and colloquy of counsel will be eliminated from the deposition designations below when the designations are read to the jury.

| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
|---|---|
| Page 5, lines 22-23 | |
| Page 6, lines 1-5 and 10-18 | |
| Page 11, lines 1-11 and 14-20 | |
| Page 12, lines 10-24 | |
| Page 13, lines 20-24 | |
| Page 14, lines 1-14 and 21-24 | |
| Page 15, lines 1-24 | |
| Page 19, lines 2-24 | |
| Page 20, lines 1-24 | |
| Page 33, lines 11-17 | |
| Page 34, lines 1-24 | |
| Page 35, lines 1-6 | Page 35, lines 7-24<br>Page 36, lines 1-24 |

|  | Page 37, lines 1-24 |
|  | Page 38, lines 1-20 |
| Page 39, lines 13-24 |  |
| Page 40, lines 1-24 |  |
| Page 41, lines 1-24 |  |
| Page 42, lines 1-24 |  |
| Page 43, lines 1-19 |  |
| Page 44, lines 20-24 |  |
| Page 45, lines 1-24 |  |
| Page 46, Lines 1-2 |  |
| Page 47, lines 7-22 | Page 47, lines 23-24 |
| Page 49, lines 12-24 |  |
| Page 50, lines 1-24 |  |

| | |
|---|---|
| Page 51, lines 1-9 | |
| Page 65, lines 8-24 | |
| Page 66, lines 1-7 | |
| Page 68, lines 13-24 | |
| Page 69, lines 1-11 and 22-24 | |
| Page 70, lines 1-21 | |
| Page 71, lines 4-12 | |
| Page 73, lines 1-20 | |
| Page 74, lines 3-7s | |
| Page 86, lines 17-24 | |
| Page 87, lines 1-6 | |
| Page 88, lines 5-11 | |

|  |  |
|---|---|
|  | Page 101, lines 22-24 <br> Pave 102, lines 1-24 |
| Page 103, lines 3-21 | Page 103, lines 1-2 |
| Page 105, lines 8-24 | Page 105, lines 2-7 |
| Page 106, lines 1-7 |  |
| Page 110, lines 4-24 |  |
| Page 111, lines 1-7 | Page 111, lines 8-10 |
| Page 117, lines 19-24 |  |
| Page 118, lines 1-20 |  |
| Page 128, lines 18-24 |  |
| Page 129, lines 1-24 |  |
| Page 130, lines 1-3, 17-24 | Page 130, lines 4-16 |

6

|  |  |
|---|---|
| Page 131, line 1 and lines 9-12 | Page 131, lines 2-8 |