# EXHIBIT E

**Proposed Joint Trial Exhibits of Plaintiff, Deborah S. Skeans as Executrix for the Estate of Frank E. Pavlis and Defendants, Key Commercial Finance, LLC, Key Commmercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC**

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description |
|---|---|---|
| JTX1 | P-000136 | Key Commercial Webpage. |
| JTX2 | P-003911 | December 2, 2002 Revocable Agreement of Trust Created by Frank E. Pavlis, as Amended |
| JTX3 | P-000266 / D4 | November 5, 2012 Email from Billingsley to Skeans, Re: Frank Pavlis |
| JTX4 | P-000435-450/P59 | April 15, 2013 email from J. Billingsley to D. Skeans and Darbin Skeans re "Mobile.pro Investment Opp," with attachments. |
| JTX5 | KCF000110-112/P60 | April 22, 2013 email chain involving J. Billingsley and Victor Roldan regarding re "Mobile.pro." |
| JTX6 | P-000561 / D11 | September 7, 2013 Email Re: JJ Invite to Chicago |
| JTX7 | P-000637-639 | October 14, 2013 email from J. Billingsley to G. Miller and Debby and Darbin Skeans re "MSB RE," with attachment. |
| JTX8 | KCF000389-415 | December 2, 2013 email from J. Billingsley to J. Malone re "ParaMax_Re," with attachment. |
| JTX9 | KCF000437-474 | December 13, 2013 email from J. Billingsley to G. Miller re MP Presentation-Overview, with attachment. |
| JTX10 | KCF013944-13955 | J. Billingsley January - December 2014 Monthly Calendars |
| JTX11 | P-000814-820/P36 | January 10, 2014 email from J. Billingsley to Darbin Skeans, Debby Skeans, and G. Miller re "ParaMax RE," with attachment. |
| JTX12 | KCF000498/P61 | January 11, 2014 email from J. Billingsley to G. Owen re: "$3 million in" |
| JTX13 | P-000821/P37 | January 17, 2014 email from G. Miller to J. Billingsley, Debby and Darbins Skeans re: "update" |
| JTX14 | KCF000500-502 | January 28, 2014 email chain between Rick Revetria and J. Billingsley re "Are you free to talk tomorrow?" |
| JTX15 | P-000001-64/P69 | Allwest Real Estate Partners Investor Overview, Allwest RE Partners Subscription Agreement, and Investor Questionnaire re Pavlis $1m investment, dated January 28, 2014. |
| JTX16 | P-003747-3754 | Allwest Subscription Agreement for Pavlis' $1m investment executed by Frank on January 28, 2014. |
| JTX17 | KCF000503-506 | "Assessment of Experience" document, dated January 30, 2014. |
| JTX18 | P-000202-217 | January 1-31, 2014 Merrill Lynch Portfolio Statement for Frank Pavlis. |
| JTX19 | P-000232 | Copy of Withdrawal Slip executed by Frank Pavlis on February 19, 2014 withdrawing $1,000,000 from an account at Wells Fargo. |
| JTX20 | P-000196 | February 28, 2014 Wells Fargo PMA Account Statement for Frank Pavlis. |
| JTX21 | KCF000546-562/P39 | March 24, 2014 email from J. Billingsley to K. Brenner and G. Miller re "Allwest Master Services Agreement - draft revisions," with attachment. |
| JTX22 | KCF000572 | March 25, 2014 email from J. Billingsley to G. Miller re: "Allwest discussion". |
| JTX23 | KCF000582-83 | March 25, 2014 email chain including G. Miller and J. Billingsley regarding re "Loan doc." |
| JTX24 | KCF000587 | Allwest Status Update Spreadsheet as of 3/27/2014 regarding 14 properties. |
| JTX25 | KCF000661-674/P40 | April 3, 2014 email from J. Billingsley to G. Miller re: "Pavlis Sub Agreement," with attachment. |
| JTX26 | KCF000691 | April 9, 2014 email from David Becker to J. Billingsley and G. Miller re: "Domain name" |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description |
|---|---|---|
| JTX27 | KCF000746 | April 26, 2014 email from J. Billingsley to G. Owen re: "Frank Pavlis". |
| JTX28 | KCF000747 | April 29, 2014 email between J. Billingsley and G. Miller re: "Allwest wire". |
| JTX29 | KCF000756 | April 29, 2014 email chain involving J. Billingsley and Rick Revetria, cc'ing G. Owen re: "Frank Pavlis" |
| JTX30 | KCF000780-851 | May 2, 2014 email chain between Rick Revetria and Ed Lentz re: "BMH NDA" with attachments. |
| JTX31 | KCF000906-907/P64 | May 2-7, 2014 email chain among Carl Chang, J. Billingsley, and Jon Needell re: "Investor Referral Valye Fund IV". |
| JTX32 | KCF00862-864 | May 5, 2014 email from J. Billingsley to himself re "print," with attachment. |
| JTX33 | P-002598 | May 5, 2014 email from Russ Holladay to E. Lentz re: "BMH NDA--PAVLIS." |
| JTX34 | KCF000872 | May 5, 2014 email between J. Billingsley and Rick Revetria re: "Frank Pavlis update". |
| JTX35 | KCF000879-896 | May 6, 2014 email from J. Billingsley to E. Lentz, cc'ing Rick Revetria re "Master Services Agreement," with attachment. |
| JTX36 | KCF000898-899/P63 | May 6, 2014 email from E. Lentz to J. Billingsley's re "Master Services Agreement." |
| JTX37 | KCF00900-905 | May 6, 2014 email from J. Billingsley to Rick Revetria, cc'ing Greg Owen re: Frank Pavlis update," with attachments. |
| JTX38 | P-000824 | May 7, 2014 email from J. Billingsley to Darbin and Debby Skeans re: "Consider this . . ." |
| JTX39 | KCF000931-933 | May 13, 2014 email from J. Billingsley to Darbin and Debby Skeans re: "Skeans Real Estate Partners?" and attachment. |
| JTX40 | P-00233 | Copy of Frank Pavlis's check made out to Allwest Investments for $6m on May 23, 2014. |
| JTX41 | KCF000936-949/P65 | May 30, 2014 email from J. Billingsley to G. Miller re: "Pavlis Sub Agreement - $6m" and attachment. |
| JTX42 | P-000065-66 | F. Pavlis Handwritten Ledger for April - May 2014 |
| JTX43 | KCF000957-959/P42 | June 1, 2014 email from G. Miller to J. Billingsley attaching an Allwest Balance Sheet as of May 30, 2014 |
| JTX44 | P-000832 | June 4, 2014 email from D. Skeans to J. Billingsley re" "Frank". |
| JTX45 | P-00842 | June 5, 2014 email chain involving J. Billingsley, Debby Skeans and Micah Kilgore re "How are things?" |
| JTX46 | KCF012323-12326 | June 6, 2014 email from J. Billingsley to G. Miller re: "Docs to discuss" and attachments. |
| JTX47 | P-000843 / D12 | June 8 2014 Email from Skeans to Billingsley, Re: Frank |
| JTX48 | KCF0001041/P43 | July 1, 2014 email from G. Miller to J. Billingsley re: "update" |
| JTX49 | KCF013117-13134/P2 | August 1, 2014 Private Placement Memorandum of Key Commercial |
| JTX50 | KCF013105-13116/P3 | August 18, 2014 Subscription Agreement between Key Commercial and Frank Pavlis. |
| JTX51 | P-000218-231 | August 1-29, 2014 Merrill Lynch Portfolio Statement for Frank Pavlis. |
| JTX52 | KCF001211 | September 9, 2014 email from M. Silberman to J. Billingsley re "hey." |
| JTX53 | KCF001212 | September 10, 2014 email from M. Silberman to J. Beecher re "Docs." |
| JTX54 | KCF001331-1354/P67 | September 10, 2014 email from Tim Ingram to J. Billingsley re: "Mobile Corporation Bridge Note Financing Docs" and attachments. |
| JTX55 | KCF001265 | September 18, 2014 email from M. Silberman to J. Billingsley re "Fwd: Mobile Corporation Bridge Note Financing Docs." |
| JTX56 | KCF001324 | September 24, 2014 email from M. Silberman to Tim Ingram re "important." |
| JTX57 | P-000067-79 | Handwritten Note of Frank Pavlis and American Bank Wire Transfer Request dated September 26, 2014. |
| JTX58 | KCF001325/P66 | September 26, 2014 email from M. Silberman to Jonathan Beecher, Tim Ingram, and Omar Alam re: "Frank E. Pavlis." |
| JTX59 | KCF012338-012339/P68 | September 30, 2014 email from J. Billingsley to himself re "Message from KMBT284e," with attachment. |
| JTX60 | P-000082-83 | October 15, 2014 American Bank Account Summary for F. Pavlis |
| JTX61 | KCF001377-1378/P44 | October 31-November 3, 2014 email chain between G. Miller and J. Billingsley re: "email/call" |
| JTX62 | KCF001379/P45 | November 4, 2014 email from G. Miller to J. Billingsley re: "Hold". |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description |
| --- | --- | --- |
| JTX63 | KCF001380-1401/P70 | November 4, 2014 email from D. Billingsley to J. Billingsley re: "Operating Agreement" and attachment. |
| JTX64 | KCF001413-1432 | November 14, 2014 email from D. Billingsley to J. Billingsley re: "Agreement" and attachment |
| JTX65 | KCF001454/P46 | November 18, 2014 email from G. Miller to J. Billingsley re: "Updates." |
| JTX66 | KCF001456-1457/P71 | November 27, 2014 email from D. Billingsley to J. Billingsley re: "Updated Pavlis Note" and attachment. |
| JTX67 | KCF001473-1492 | November 28, 2014 email from D. Billingsley to J. Billingsley re: "Operating Agreement" and attachment. |
| JTX68 | KCF001493-1496 | December 1, 2014 email from D. Billingsley to J. Billingsley re: "Pavlis Note 4" and attachment. |
| JTX69 | KCF001542-1545/P47 | December 1-2, 2014 email chain between J. Billingsley and G. Miller re: "Pavlis Note". |
| JTX70 | KCF001554-1557/P49 | December 1-2, 2014 email chain between J. Billingsley and G. Miller re: "Pavlis Note". |
| JTX71 | KCF001546/P48 | December 2, 2014 email from J. Billingsley to G. Miller re: "Pavlis Note." |
| JTX72 | KCF012481-12482/P1 | As-Filed Certificate of Formation of Key Commercial Finance LLC dated December 10, 2014. |
| JTX73 | KCF012535-12541 | December 10, 2014 Key Commercial Finance, LLC, Limited Liablity Company Operating Agreement |
| JTX74 | KCF001611-1620 | December 12, 2014 email chain between J. Billingsley and G. Miller re: "Note." |
| JTX75 | KCF001611-1614 | December 12, 2014 email chain between J. Billingsley and G. Miller re: "Note," with attachment. |
| JTX76 | KCF001566-1572/P-50 | December 13, 2014 email from J. Billingsley to G. Miller re: "Note," with attachment. |
| JTX77 | KCF001611-1614 | December 13-15, 2014 email chain between J. Billingsley and G. Miller re "Note." |
| JTX78 | KCF001594-1597 | December 15, 2014 email from J.Billingsley to G. Miller re: FWD Webster Bank Wire Instructions |
| JTX79 | KCF001642/P6 | December 16, 2014 email from J. Billingsley to G. Miller re Allwest - Key Commercial Finance JV. |
| JTX80 | KCF001644-1647/P52 | December 16, 2014 email from G. Miller to J. Billingsley re Pavlis Promissory Note 2014, with attachment. |
| JTX81 | KCF001621-1640/P51 | December 16, 2014 email from J. Billingsley to G. Miller re: Operating Agreement DRAFT" and attachment. |
| JTX82 | KCF001654 | December 17, 2014 email chain between J. Billingsley and G. Miller re: "Consulting Fee ." |
| JTX83 | KCF001714-1716/P53 | December 29, 2014 email chain between J. Billingsley and G. Miller re "Going forward…" |
| JTX84 | KCF001748-1749 | January 8, 2015 email chain between J. Billingsley and G. Miller re: "As we discussed" |
| JTX85 | P-000086 | March 6, 2015 letter from E. Lentz to Frank Pavlis |
| JTX86 | KCF002131/P55 | March 9, 2015 email from G. Miller to J. Billingsley and G. Miller re: "draft operating agreement sent by J. Billingsley." |
| JTX87 | KCF001863-1876/P54 | March 12, 2015 email from G. Miller to M. Hewitt, cc'ing J. Billingsley re "Docs," with attachment. |
| JTX88 | KCF002349-2350 | March 27, 2015 email from G. Miller to J. Billingsley "re: As promised" |
| JTX89 | KCF002493-2495/P7 | April 2, 2015 email from J. Billingsley to C. Self forwarding scan, with attachment. |
| JTX90 | KCF002499-2501/P8 | April 2, 2015 email from C. Self to J. Billingsley re "Scan+6.pdf," with attachment. |
| JTX91 | Allwest0221-222/P56 | Amendment to Allwest RE Partners Subscription Agreement, dated April 2, 2015. |
| JTX92 | KCF002512-2513/P9 | April 3, 2015 email chain between J. Billingsley and G. Miller re Amendment to RE Partners Subscription Agreement. |
| JTX93 | KCF002514-2516/P10 | April 6, 2015 scan to J. Billingsley from heath11539@aol.com, with attachment. |
| JTX94 | KCF002524/P11 | April 7, 2015 email chain between G. Miller to J. Billingsley re: "Revised" |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description |
|---|---|---|
| JTX95 | KCF002526-2528/ P12 | April 7, 2015 email from C. Self to G. Miller re "Fwd: Webster Bank Wire Instructions," with attachment. |
| JTX96 | KCF002736-2737 | April 18-21, 2015 email exchange between J. Billingsley to G. Miller re: "basic numbers." |
| JTX97 | KCF002722-2724 | April 21, 2015 email from C. Self to Judy Pierson regarding financing for David Lopez, with attachment. |
| JTX98 | KCF002792/P74 | May 11, 2015 email from J. Billingsley to G. Miller re: "Financial relationship with Frank" |
| JTX99 | KCF002833/P15 | June 5, 2015 email from G. Miller to J. Billingsley re: "Update Info" |
| JTX100 | KCF002876-2892. | June 25, 2015 email from J. Billingsly to himself, forwarding April 7, 2015 M. Silberman email re: Frank Pavlis," with attachments. |
| JTX101 | KCF012467-12484 | July 2, 2015 email from G. Stevens (Snell & Wilmer) to J. Billingsley, cc'ing D. Bivens re: "Engagement letter and  LLC Certificate of Formation," with attachments. |
| JTX102 | KCF012487 / P16 | July 7, 2015 Mobile Agency, LLC Certificate of Formation |
| JTX103 | KCF013359-13372 | July 8, 2015 Mobile Agency, LLC Limited Liability Company Operating Agreement |
| JTX104 | P-000084-85/P77 | Pavlis Handwritten Note titled "Justin and David…July 23, 2015" |
| JTX105 | KCF013400/P17 | Articles of Organization of Equity Pros LLC signed by Hillel Goldman on behalf of Equity Pros dated August 25, 2015. |
| JTX106 | KCF013661-13669/P32 | Operating Agreement of Equity Pros LLC between Chadwick Self as "Member" and Equity Pros LLC dated August 26, 2015. |
| JTX107 | KCF003425-3427/P18 | September 25, 2015 email from C. Self to M. Silberman, cc'ing J. Billingsley re "150925a C.Self 10K PE," with attachment. |
| JTX108 | KCF003560-3583/P20 | November 2, 2015 email from G. Miller to J. Billingsley, cc'ing C. Self and H. Goldman re "EPS operating agreement correct but screwy (5).doc," with attachment. |
| JTX109 | KCF003624-3637/P21 | November 30, 2015 email chain among M. Silberman, J. Billingsley and H. Goldman re "Agreement," with attachments. |
| JTX110 | KCF003638-3640/P22 | December 2, 2015 email chain involving J. Billingsley to M. Silberman re "Agreement." |
| JTX111 | KCF003658-3689 | December 7, 2015 email chain between M. Silberman and J. Billingsley re "New Agreements," with attachments. |
| JTX112 | KCF003721-3722 | December 17, 2015-Janaury 28, 2016  email exchange between J. Billingsley and R. Westly re: "From Justin." |
| JTX113 | KCF012531-12542 | December 22, 2015 email from C. Self to J. Billingsley re "KCF Formation Doc," with attachments. |
| JTX114 | KCF003697/P23 | December 31, 2015 email from C. Self to J. Billingsley re "email for MDS." |
| JTX115 | P-002784-2785 | February 25, 2016 through July 5, 2016 D. Skeans Text Messages |
| JTX116 | P-002786-2812 | March 31, 2016 through October 1, 2018 D. Skeans Text Messages |
| JTX117 | KCF003840/P25 | May 16, 2016 "Statement of Return of Capital" on EquityPros letterhead. |
| JTX118 | KCF003866-3871 | Letters from Flamm Walton to Pavlis |
| JTX119 | KCF003845-3849 / D9 | July 14, 2016 Email from Skeans to Billingsley, Re: LP Whyllie etc |
| JTX120 | KCF003872-3876 / D10 | July 14, 2016 Email from Skeans to Billingsley, Re: Fwd: confidential |
| JTX121 | P-002813 | July 18, 2016 through July 18, 2016 D. Skeans Text Messages |
| JTX122 | P-003904-3909 / D3 | August 17, 2016 Last Will and Testament of Frank E. Pavlis |
| JTX123 | Allwest0201-210/P58 | September 20, 2016 Funding Agreement among Key Commercial, Allwest and G. Miller, singed by G. Miller and J. Billingsley on behalf of Key Commercial. |
| JTX124 | KCF3936-3947 | September 22, 2016 email from Melissa Miller to J. Billingsley re: "Funding Agreement" and attachment. |
| JTX125 | KCF013725-13738/P26 | Amended and Restated Limited Liability Company Agreement of Mobile GP, LLC dated November 7, 2016. |
| JTX126 | P-002814-2816 | November 11, 2016 through December 26, 2016 D. Skeans Text Messages |
| JTX127 | P-000104-122/P-79 | November 19, 2016 fax to D. Skeans containing September 1, 2014 Key Commercial Note and Note Purchase Agreement . |
| JTX128 | KCF012790-12800/P27 | December 6, 2016 email chain among C. Lachapelle, H. Goldman and J. Billingsley re: "New LLC," with attachments. |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description |
|---|---|---|
| JTX129 | KCF004442-4443/P80 | December 7, 2016-January 17, 2017 email exchange between D. Skeans and J. Billingsley re: "Frank Pavlis." |
| JTX130 | P-001904-1906/P81 | December 7, 2016-September 15, 2017 email exchange between D. Skeans and J. Billingsley re: "Frank Pavlis," with attachment. |
| JTX131 | KCF005867/P82 | December 7, 2016-September 15, 2017 email exchange between D. Skeans and J. Billingsley re: "Frank Pavlis." |
| JTX132 | KCF012802-12807 | December 7, 2016 Key Commercial Finance Properties, LLC Limited Liability Company Operating Agreement |
| JTX133 | Allwest0129 | 2016 Form 1099 re: $408,920.06 in income from Allwest. |
| JTX134 | P-000123-125 | March 28, 2017 letter from D. Skeans to J. Billingsley re Frank Pavlis. |
| JTX135 | P-001895 | June 30, 2017 email from D. Skeans to J. Billingsley re: "Pavlis". |
| JTX136 | P-000126 | July 5, 2017 letter from Ed Lentz to J. Billingsley re Frank Pavlis. |
| JTX137 | KCF004995-4997/P28 | August 14, 2017 email from H. Goldman to G. Miller, cc'ing J. Billingsley re "Assignment of LLC Interest," with attachment. |
| JTX138 | KCF005427-5446 | August 22, 2017 emails from J. Billingsley to H. Goldman re "docs to discuss," with attachments. |
| JTX139 | KCF005478-5480 | August 24, 2017 email from C. Lachapelle to J. Billingsley re "FW: Your Balance Sheet Report." |
| JTX140 | KCF012870-12879 | August 24, 2017 email chain between Barbara Spadoni and C. Lachapelle re "443 Ridgeway, Irvine DOCUMENTS NEEDED," with attachment. |
| JTX141 | KCF005803-5822/P4 | September 1, 2017 email from J. Billingsley to H. Goldman re "Pavlis docs," with attachment. |
| JTX142 | KCF012891-12893 | September 13, 2017 email from H. Goldman to J. Billingsley and C. Self re: "Member List," with attachment. |
| JTX143 | KCF005864-5866/P24 | September 15, 2017 email chain between D. Skeans and J. Billingsley re Frank Pavlis, with attachment. |
| JTX144 | P-001967 | September 29, 2017 email from D. Skeans to E. Lentz re: "Pavlis/Billingsley." |
| JTX145 | Allwest0062 | 2017 Form 1099 re: $52,396 in income from Allwest. |
| JTX146 | Allwest 0199 | Allwest Transaction Report for January 1, 2014 through April 3, 2018. |
| JTX147 | P-002162 | January 11, 2018 email from D. Skeans to S. Mucciarone and E. Lentz re: "Frank Pavlis." |
| JTX148 | KCF008322-8358/P5 | February 21, 2018 email from J. Billingsley to D. Bivens re "what I just faxed to Mahoney," with attachments. |
| JTX149 | Allwest0190-197 | April 27, 2018 Settlement Agreement among Key Commercial, Allwest, and G. Miller . |
| JTX150 | P-003483-3487 | May 19-June 7, 2018 email chain between W. Mahoney and J. Billingsley re: "From Justin Billingsley." |
| JTX151 | P-003460-3463 / P83 | May 21, 2018 Email from Billingsley to Mahoney |
| JTX152 | P-003493-3495/P85 | June 25-29, 2018 email chain between. Bivens, W. Mahoney, and J. Bilingsley re: "Documents you have requested from Justin." |
| JTX153 | KCF009441-9471 | June 27, 2018 email from J. Billingsley to "staples@printme.com" re docs, with attachments. |
| JTX154 | P-003497/P86 | June 29, 2018 fax from J. Billinglsey to W. Mahoney |
| JTX155 | Allwest0128 | Allwest Ledger for January 1, 2013 through April 11, 2018 |
| JTX156 | P-0003910 | September 6, 2018 Glenmede Renunciation |
| JTX157 | P-002752 | September 21, 2018 email from J. Billingsley to Darbin Skeans re: "Making amends with my brother and sister and my old friends." |
| JTX158 | KCF013192-13193/P31 | Authorization of the Dissolution of Equity Pros Southeast LLC signed by Gary Miller on behalf of Equity Pros Southeast LLC dated November 28, 2018. |
| JTX159 | P33 | December 31, 2019 Key Commercial Balance Sheet |
| JTX160 | P34 | January 2015 - December 2019 Key Commercial General Ledger |
| JTX161 | D2 | Frank Edward Pavlis Obituary |
| JTX162 | D1 | Deborah Skeans Biography |
| JTX163 | | April 27, 2020 Plaintiff's Responses and Objections to Defedants' Requests for Admission |