# EXHIBIT F

Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis
v.
Key Commercial Finance, et al.,
No. 1:18-cv-01516

**Proposed Trial Exhibits of Plaintiff Deborah S. Skeans as Executrix for the Estate of Frank E. Pavlis**

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description | Defendants' Objection | Plaintiff's Response |
|---|---|---|---|---|
| PTX1 | P-001922 | September 17-19, 2017 email chain between D. Skeans and C. Harris re: "Frank Pavlis." | Hearsay | Admissible under Rule 803 as it speaks to Ms. Skeans' then-existing state of mind and mental impressions. |
| PTX2 | P-001923 | September 19, 2017 email from D. Bivens to D. Skeans re: "Got your delivery." | Hearsay | Admissible under Rule 801(2)(C) and (D); Admissible under Rule 803 as it speaks to Ms. Skeans then-existing state of mind and mental impressions. |
| PTX3 | P-001924 | September 20, 2017 email from D. Skeans to J. Billingsley, cc'ing Darbin Skeans, re: "Pavlis". | Hearsay, Prejudice | Admissible under Rule 803 as it speaks to Ms. Skeans' and Mr. Billingsley's then-existing state of mind and mental impressions; alternatively, admissible as a document not offered for the truth of the matter asserted but rather of non-hearsay evidence of Mr. Billingsley's state of mind, motive and/or intent. The probative value of this document outweighs any alleged prejudice. |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description | Defendants' Objection | Plaintiff's Response |
|---|---|---|---|---|
| PTX4 | P-000091-99 | September 20, 2017 letter from E. Lentz to H. Goldman with attachment. | Hearsay | Admissible under Rule 803 as it speaks to Ms. Skeans' and Mr. Lentz's then-existing state of mind and mental impressions. |
| PTX5 | P-001945-1946 | September 21, 2017 email chain between D. Bivens and D. Skeans re: "Billingsley Post-Hearing Brief." | Hearsay | Admissible under Rule 801(2)(C) and (D); Admissible under Rule 803 as it speaks to Ms. Skeans' then-existing state of mind and mental impressions. The probative value of this document outweighs any alleged prejudice. |
| PTX6 | P-001944 | September 21, 2017 email from D. Skeans to E. Lentz re: "Pavlis." | Hearsay, Prejudice | Admissible under Rule 803 as it speaks to Ms. Skeans' and Mr. Lentz's then-existing state of mind and mental impressions. The probative value of this document outweighs any alleged prejudice. |
| PTX7 | P-002138 | December 7, 2017 email from D. Skeans to S. Mucciarone, cc'ing Ed Lentz, re: Frank Pavlis". | Relevance, Hearsay, Prejudice | Admissible under Rule 803 as it speaks to Ms. Skeans', Ms. Muccisrone's, and Mr. Lentz's then-existing state of mind and mental impressions. The probative value of this document outweighs any alleged prejudice. |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description | Defendants' Objection | Plaintiff's Response |
|---|---|---|---|---|
| PTX8 | P-000160-168/P143 | December 14, 2017 Arizona Republic Article | Relevance, Prejudice | Admissible under Rule 803 as it speaks to Ms. Skeans' then-existing state of mind and mental impressions; Admissible under Rule 801(2)(A). The probative value of this document outweighs any alleged prejudice. |
| PTX9 | P-002038 | December 15, 2017 email from D. Skeans to D. Bivens re:" "Billingsley." | Relevance, Prejudice | Admissible under Rule 801(2)(C) and (D); Admissible under Rule 803 as it speaks to Ms. Skeans' then-existing state of mind and mental impressions. The probative value of this document outweighs any alleged prejudice. |
| PTX10 | P-002129-2137 | January 3, 2018 email from D. Skeans to J. Billingsley re" "Mobile.Co." and attachment. | Relevance, Hearsay, Prejudice | Admissible under Rule 803 as it speaks to Ms. Skeans' and Mr. Billingsley's then-exisitng state of mind and mental impressions; altermatively, admissible as a document not offered for the truth of the matter assserted but rather of non-hearsay evidence of Mr. Billingsley's state of mind, motive, and/or intent. The probative value of this document outweighgs any alleged prejudice. |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description | Defendants' Objection | Plaintiff's Response |
|---|---|---|---|---|
| PTX11 | P-003249 | May 1, 2018 email from D. Bivens to W. Mahoney re: "Justin Billingsley continues his willingness to provide you information." | Hearsay | Admissible under Rule 801(2)(C) and (D) |
| PTX12 | KCF009280-9292/P87 | June 19, 2018 email from A. Dean to J. Billingsley re "Follow Up - Subscription Agreement," with attachment. | Hearsay | Admissible under Rule 803 as it speaks to Mr. Billinglsey's then-exisitng state of mind and mental impressions; alternatively, admissible as a document not offered for the truth of the matter assserted but rather of non-hearsay evidence of Mr. Billingsley's state of mind, motive, and/or intent. |
| PTX13 | | Defendants' March 26, 2020 Privilege Log | Privilege Log is not an Exhibit | Privilege Log is admissible under Rule 801(d)(1) and Rule 801(2)(B), (C), and (D), as it pruports to idenetify all privileged communications between Defendants and/or their representaives and counsel, and it may be used to impeach Defense wintesses. |