# EXHIBIT G

| | | | | |
|---|---|---|---|---|
| <td colspan="5">Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis<br>v.<br>Key Commercial Finance, et al.,<br>No. 1:18-cv-01516</td> |||||
| <td colspan="5">**Proposed Trial Exhibits of Defendants Key Commercial Finance, LLC, Key Commmercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC**</td> |||||
| **Trial Exhibit Number** | **Bates Number and/or Deposition Exhibit Number** | **Description** | **Plaintiff's Objection** | **Defendants' Response** |
| DTX1 | KCF013975 | Promotional videos for BuyEveryHome.com | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |
| DTX2 | KCF013976 | Promotional videos for BuyEveryHome.com | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |
| DTX3 | KCF013977 | Promotional videos for BuyEveryHome.com | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |
| DTX4 | KCF013978 | Promotional videos for BuyEveryHome.com | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |

| Trial Exhibit Number | Bates Number and/or Deposition Exhibit Number | Description | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| DTX5 | KCF013979 | Promotional videos for BuyEveryHome.com | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |
| DTX6 | | https://buyeveryhome.com/ | Relevance; failure to disclose in discovery | Produced in response to Supplemental Complaint; relevant to Defendants' deployment of Pavlis funds |
| DTX 7 | | 6/29/21 Letter from Francis J. McNamara, Esq. to George C. Self | Relevance | Exhibit is relevant to the claims and defenses in this action |