# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br>  Plaintiff <br><br>  v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br>  Defendants. | C.A. No. 1:18-cv-01516-CFC-MPT |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certification, I, Joelle E. Polesky, Esquire, move the admission *pro hac vice* of Cameron M. Redfern, Esquire, to represent Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis.

        STRADLEY RONON
        STEVENS & YOUNG, LLP
        */s/ Joelle E. Polesky*
        Joelle E. Polesky (ID No. 3694)
        1000 North West Street, Suite 1279
        Wilmington, DE 19801
        Tel: (302) 295-4856
        Email: jpolesky@stradley.com
        *Attorneys for Plaintiff*

Dated: July 9, 2021

5068809v.1