# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, <br> Executrix of the ESTATE OF FRANK E. PAVLIS, <br><br> Plaintiff <br><br> v. <br><br> KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, <br><br> Defendants. | C.A. No. 1:18-cv-01516-CFC-MPT |

## CERTIFICATION OF CAMERON M. REDFERN, ESQUIRE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the following Bars: U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the District of New Jersey.

Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X  (*check one*) to the Clerk's Office upon the filing of this motion.

/s/ *Cameron Redfern*
Cameron M. Redfern, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120
Email: credfern@stradley.com

Dated: July 9, 2021