# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : : | |
| Plaintiff | : : : | |
| v. | : : : | C.A. No. 1:18-cv-01516-CFC-MPT |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : : | |
| Defendants. | | |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion for Admission *Pro Hac Vice* of Cameron M. Redfern, Esquire, and its accompanying Certification, it is ORDERED that the Motion is GRANTED.

_____
J.

5068809v.1