IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | C.A. No. 1:18-cv-01516-CFC-MPT |

## **MOTION FOR PERMISSIVE INTERVENTION**

Now comes Jeffrey Peterson, Movant, by and through his attorney, Gregory D. Stewart, Esq. and requests to intervene in the above-captioned matter. The rules permit intervention where, "On timely Motion, the Court may permit anyone to intervene who has a claim or defense that shares with the main action a common question of law or fact. [FRCP 24(b)(1)(B)].

## **MEMORANDUM OF LAW**

In a Supplemental Complaint filed on 15 April 2021, Mr. Peterson was for the first time drawn into this action. "On information and belief, these schemes

1

began with the online payday loan start-up "LoanGo"—which Billingsley created with his recurring partner in fraudulent enterprises, Jeffrey Peterson ("Peterson"), and a third party, John Keith Ayers ("Ayers")." [Supplemental Complaint Page 11, Paragraph #32].

It should be noted that although Mr. Peterson was accused of scandalous schemes in conjunction with Mr. Billingsley, there has been no move by the Plaintiff to join Peterson as a Defendant.

In the Supplemental Complaint paragraphs #35-75, Mr. Peterson and the corporation over which he was CEO, and Mr. Billingsley, president, are painted as a criminal enterprise that swindled unwitting investors out of their money without remorse.

These false and defamatory assertions were fed to the Plaintiff's lawyer by an individual long- harboring a grudge against Mr. Peterson, as will be evidenced in the Intervener's *Motion to Strike* the allegations from the record, where, "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." [FRCP 12(f)].

                                      LAW OFFICE OF GREGORY D.
                                      STEWART, P.A.

/s/ Gregory D. Stewart

Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge avenue
Middletown, DE 19709
Telephone: (302) 828-0101
Fax: (302) 449-0428
*Attorney for Movant*

Date: July 21, 2021