## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF
## DELAWARE

DEBORAH S. SKEANS, Executrix of the
ESTATE OF FRANK E. PAVLIS,
     *Plaintiff*,

    v.

KEY COMMERCIAL FINANCE, LLC,
KEY COMMERCIAL FINANCE
PROPERTIES, LLC, EQUITY PROS,
LLC, and MOBILE AGENCY, LLC,
     *Defendants*.

C.A. No. 1:18-cv-01516-CFC-MPT

## ENTRY OF APPEARANCE

Please enter the appearance of Gregory D. Stewart, Esq., to represent Movant, Jeffrey

Peterson in this matter.

LAW OFFICE OF GREGORY D. STEWART, P.A.

/s/ Gregory D. Stewart

_____

Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge avenue
Middletown, DE 19709
Telephone:  (302) 828-0101
Fax: (302) 449-0428
*Attorney for Movant*

Date: July 21, 2021

7977300