**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, *Plaintiff*, <br><br> v. <br><br> KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, *Defendants*. | C.A. No. 1:18-cv-01516-CFC-MPT |

## NOTICE OF SERVICE

**I, GREGORY D. STEWART, ESQUIRE,** hereby certify that I have this 21st day of July, 2021, served by Efiling (CM/ECf) the following document(s) addressed to the person(s) listed below:

Documents: Motion Pro Hac Vice.

To:

**William Edward Green, Jr.**
**James Gordon McMillan**
**Theodore Allan Kittila**
Halloran Farkas Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, DE 19807
(302) 268-6875
(302) 257-2019 (fax)
wg@hfk.law
tk@hfk.law
jm@hfk.law

Representing Defendants and Third Party Plaintiffs

**Joelle Eileen Polesky**
Stradley Ronon Stevens & Young, LLP
1000 N. West Street
Suite 1278
Wilmington, DE 19801
(302) 295-4856
jpolesky@stradley.com
Representing Plaintiff Deborah S. Skeans

**Spencer R. Short**
sshort@stradley.com
William E. Mahoney
wmahoney@stradley.com
Attorneys for Plaintiff

**LAW OFFICE OF
GREGORY D. STEWART, P.A.**

  /s/ Gregory D. Stewart

Gregory D. Stewart (DE Id. No. 5826)
P.O. Box 1016
Middletown, DE 19709
Telephone:  (302) 449-0400
Fax: (302) 449-0422
*Attorney for Defendants*

Date: July 21, 2021

7977300