# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants. | No. 1:18-cv-01516-CFC-MPT |

## CERTIFICATE OF COMPLIANCE OF
## PLAINTIFF'S OPPOSITION TO MOTION FOR
## <u>PERMISSIVE INTERVENTION OF JEFFREY PETERSON</u>

Plaintiff Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, certifies that Plaintiff's Opposition to Motion for Permissive Intervention of Jeffrey Peterson ("Opposition") complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10.

Plaintiff further certifies that the Opposition complies with the type-volume limitation of the Standing Order because it contains 2115 words, which were counted by Microsoft Word 10.

OF COUNSEL:

William E. Mahoney, Jr. (*pro hac vice*)
Cameron M. Redfern (*pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated:  August 4, 2021

STRADLEY RONON
STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis*