**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants. | No. 1:18-cv-01516-CFC-MPT |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2021, upon consideration of the Motion for Permissive Intervention of Jeffrey Peterson ("Motion"), Plaintiff's Opposition to Motion for Permissive Intervention of Jeffrey Peterson, and any reply, it is **ORDERED** that the Motion is **DENIED**.

_____
J.