IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>  *Plaintiff*,<br><br>  v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | C.A. No. 1:18-cv-01516-CFC-MPT<br><br>STIPULATION FOR EXTENSION OF TIME FOR INTERVENOR TO FILE REPLY BRIEF |

## **STIPULATION OF MOTION TO EXTEND TIME FOR INTERVENOR JEFFREY PETERSON TO FILE A REPLY TO THE MOTION TO INTERVENE**

WHEREAS, Jeffrey Peterson ("Intervenor") filed a Motion to Intervene in this matter. The Motion is not scheduled for a hearing at this time;

WHEREAS, Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, filed a response to the motion. Defendants/Third Party Plaintiffs did not take a position in the matter;

WHEREAS, Mark O'Brien, Esq. was admitted pro hac vice on behalf of Jeffrey Peterson in this matter;

1

WHEREAS, the Reply Brief was to be prepared by Mark O'Brien, Esq.;

WHEREAS, Mr. O'Brien has taken ill and is unable to be contacted at this time;

WHEREAS, the parties agree to an extension of time for the Reply Brief to be filed;

IT IS HEREBY AGREED AND STIPULATED by and between the parties hereto through their attorneys of record as follows:

1. The date on which the Reply Brief to the Motion to Intervene shall be filed is extended to August 18, 2021.

**IT IS SO STIPULATED ON THIS 11TH DAY OF AUGUST 2021:**

**HALLORAN FARKAS
KITTILA LLP**

  /s/ William Edward Green, Jr.
William Edward Green, Jr.(DE Id. No. 4864)
James Gordon McMillan
Theodore Allan Kittila
5801 Kennett Pike, Suite C/D
Wilmington, DE 19807
Telephone: (302) 268-6875
Fax: (302) 257-2019
wg@hfk.law,
jm@hfklaw
tk@hfklaw.com
Attorney for Defendants and
Third Party Plaintiffs

**STRADLEY RONON
STEVENS & YOUNG LLP**

  */s/ Joelle Eileen Polesky*
Joelle Eileen Polesky (DE Id. No. 3694)
1000 North West Street, Suite 1278
Wilmington, DE 19801
Telephone: (302) 295-4856
jpolesky@stradley.com
Representing Plaintiff
Executrix of the Estate of Frank E. Pavlis


**LAW OFFICE OF
GREGORY D. STEWART, P.A.**

  */s/ Gregory D. Stewart*
Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge Avenue
Middletown, DE 19709
Telephone:  (302) 828-0101
Fax: (302) 449-0428
gstewart@gregstewartlaw.com
*Attorney for Intervenor*


**IT IS SO ORDERED:**


Dated: _____, 2021


_____
Colm F. Connolly
United States District Court Judge