# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | : : : : : : | No. 1:18-cv-01516-CFC-MPT |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, Gregory D. Stewart, certify that on August 18, 2021 I caused a true and correct copy of Reply to Plaintiff's Opposition to Motion for Permissive Intervention of Jeffrey Peterson, Certificate of Compliance of Reply to Plaintiff's Opposition to Motion for Permissive Intervention of Jeffrey Peterson, and this Certificate of Service to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record.

**LAW OFFICE OF
GREGORY D. STEWART, P.A.**

_/s/ Gregory D. Stewart_
Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge Avenue
Middletown, DE 19709
Telephone: (302) 828-0101
Fax: (302) 449-0428
gstewart@gregstewartlaw.com
*Attorney for Movant*

OF COUNSEL:

Mark Ellis O'Brien *(pro hac vice)*
P. O. Box 342
Lunenburg, MA 01462
Tel: (978) 790-1936