## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | : : : : : : | No. 1:18-cv-01516-CFC-MPT |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE OF
## REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR
## <u>PERMISSIVE INTERVENTION OF JEFFREY PETERSON</u>

Movant Jeffrey Peterson certifies that Reply to Plaintiff's Opposition to Motion for Permissive Intervention of Jeffrey Peterson complies with the typeface requirements of the November 6, 2019 Standing Order Regarding Briefing in All Cases ("Standing Order") because it was prepared in Times New Roman 14-point font typeface using Microsoft Word 10. Movant further certifies that the Reply to Plaintiff's Opposition complies with the type-volume limitation of the Standing Order because it contains 649 words, which were counted by Microsoft Word 10.

**LAW OFFICE OF
GREGORY D. STEWART, P.A.**

*/s/ Gregory D. Stewart*
Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge Avenue
Middletown, DE 19709
Telephone:  (302) 828-0101
Fax: (302) 449-0428
gstewart@gregstewartlaw.com
*Attorney for Movant*

OF COUNSEL:

Mark Ellis O'Brien *(pro hac vice)*
P. O. Box 342
Lunenburg, MA 01462
Tel: (978) 790-1936