## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, *Plaintiff*, | |
| v. | C.A. No. 1:18-cv-01516-CFC-MPT |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, *Defendants*. | **MOTION FOR LEAVE TO FILE MOTION TO STRIKE** |

## MOTION FOR LEAVE TO FILE MOTION TO STRIKE CERTAIN PARAGRAPHS AND TEXT IN PLAINTIFF'S SUPPLEMENTAL COMPLAINT AND PRE-TRIAL DOCUMENTS

Now comes proposed Intervenor Jeffrey Peterson to ask that this Honorable Court grant leave to file the attached proposed Motion to Strike certain paragraphs from Plaintiff's Supplemental Complaint filed April 15, 2021 (D.I. 102) ("Supplemental Complaint"); and to strike certain paragraphs from the Joint Pretrial Order filed July 2, 2021 (D.I. 106) ("July 2 Pretrial Order"), where, "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." [FRCP 12(f)].

1

**LAW OFFICE OF
GREGORY D. STEWART, P.A.**


  /s/ Gregory D. Stewart
Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge Avenue
Middletown, DE 19709
Telephone:  (302) 828-0101
Fax: (302) 449-0428
gstewart@gregstewartlaw.com
*Attorney for Movant*

OF COUNSEL:

Mark Ellis O'Brien *(pro hac vice)*
P. O. Box 342
Lunenburg, MA 01462
Tel: (978) 790-1936