# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | : : : : : : |
| Defendants. | : : |

No. 1:18-cv-01516-CFC-MPT

## CERTIFICATE OF SERVICE

I, Gregory D. Stewart, certify that on August 18, 2021 I caused a true and correct copy of Motion for Leave to file the Motion to Strike, Motion to Strike Certain Paragraphs and Text in Plaintiff's Supplemental Complaint and Pre-Trial Documents, [proposed] Order, Certificate of Compliance of Motion to Strike Certain Paragraphs and Text in Plaintiff's Supplemental Complaint and Pre-Trial Documents, and this Certificate of Service to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record.

**LAW OFFICE OF**
**GREGORY D. STEWART, P.A.**

  */s/ Gregory D. Stewart*
Gregory D. Stewart (DE Id. No. 5826)
409 South Ridge Avenue
Middletown, DE 19709
Telephone:  (302) 828-0101
Fax: (302) 449-0428
gstewart@gregstewartlaw.com
*Attorney for Movant*

OF COUNSEL:

Mark Ellis O'Brien *(pro hac vice)*
P. O. Box 342
Lunenburg, MA 01462
Tel: (978) 790-1936