## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC | : : : : : : | No. 1:18-cv-01516-CFC-MPT |
| Defendants. | : : | |

## **ORDER**

AND NOW this _____ day of _____, 2021, a Motion to Strike having been filed:

IT IS HEREBY ORDERED THAT, the Motion for Leave to file the Motion to Strike is GRANTED.  The Motion to Strike shall be filed within ten calendar days of this ruling.

 

 

_____
**J.**