# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>              Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>              Defendants. | No. 1:18-cv-01516-CFC-MPT |

## CERTIFICATE OF SERVICE

I, Joelle E. Polesky, certify that on September 1, 2021 I caused a true and correct copy of Plaintiff's Opposition to Motion for Leave to File Motion to Strike, [proposed] Order, Certificate of Compliance of Plaintiff's Opposition to Motion for Leave to File Motion to Strike, and this Certificate of Service to be filed with the United States District Court for the District of Delaware's CM/ECF system and a copy was caused to be electronically served on all parties of record.

                                                                                               /s/ Joelle E. Polesky
                                                                             Joelle E. Polesky (ID No. 3694)