# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>     Plaintiff,<br>  v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>     Defendants. | No. 1:18-cv-01516-CFC-MPT |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2021, upon consideration of the Motion for Leave to File Motion to Strike of Jeffrey Peterson ("Motion"), Plaintiff's Opposition to Motion for Leave to File Motion to Strike, and any reply, it is **ORDERED** that the Motion is **DENIED**.

_____
J.