

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone  302.295.3805
Fax  302.295.4801
www.stradley.com

**Joelle E. Polesky**
Counsel
jpolesky@stradley.com
302.295.4856

December 10, 2021

**Via Electronic Filing and Hand Delivery**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

  Re: ***Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance, LLC, et al.***, **No. 1:18-01516-CFC-MPT**

Dear Judge Connolly:

On behalf of my client, Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis, and with the consent of counsel for Defendants, Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC, and Mobile Agency, LLC, (collectively, the "Parties"), the Parties jointly respond as follows to the Court's December 6, 2021 Order (Dkt. 116).  The Parties do not consent to the submission of the above-captioned case or any of the pending motions to a Magistrate Judge.

          Respectfully,

          */s/ Joelle E. Polesky*

          Joelle E. Polesky (ID No. 3694)

cc: Theodore A. Kittila (via efile)
   William E. Green (via efile)
   William E. Mahoney, Jr. (via email)
   Cameron M. Redfern (via email)

**Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

5426831v.1