

**Stradley Ronon Stevens & Young, LLP**

1000 N. West Street

Suite 1200

Wilmington, DE 19801

Telephone  302.295.3805

Fax  302.295.4801

www.stradley.com

**Joelle E. Polesky**

Counsel

jpolesky@stradley.com

302.295.4856

January 27, 2022

<u>**Via E-Filing**</u>

The Honorable Colm F. Connolly
United States District Court, District of Delaware
844 N. King Street
Wilmington, Delaware 19801

      Re:    ***Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance, LLC, et. al.,*** <u>**No. 1:18-cv-01516-CFC**</u>

Dear Chief Judge Connolly,

I represent Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Estate").  At an April 15, 2021 hearing in this matter, the Court suggested that a representative of Watchtower Bible and Tract Society of New York, Inc. ("Watchtower") attend the pre-trial conference, scheduled for February 1, 2022, at 3 p.m.  Richard D. Moake, Esq., Watchtower's General Counsel, is prepared to participate in the pre-trial conference.  However, the community in which Mr. Moake resides is currently under a lockdown due to the Covid pandemic, and he is not able to physically attend the pre-trial conference.  Given the circumstances, Mr. Moake respectfully requests that the Court allow him to participate virtually, via a Zoom video conference or a similar application.  He asked that the Estate make this request on his behalf.

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

The Honorable Colm F. Connolly
January 27, 2022
Page 2

We have consulted with counsel for Defendants, and they do not object to Mr. Moake's appearance at the pre-trial conference virtually. We appreciate the Court's consideration of this request.

                                              Respectfully,

                                              */s/ Joelle E. Polesky*

                                              Joelle E. Polesky (ID No. 3694)

cc:    Theodore A. Kittila, Esquire (via email)
        William E. Green, Esquire (via email)
        William Mahoney, Esquire (via email)