# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 1:18-cv-01516-CFC |
| KEY COMMERCIAL FINANCE LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | : : : : : | |
| Defendants. | : | |

## NOTICE OF FILING

Pursuant to Paragraph 18 of the Scheduling Order (D.I. 37), the following documents are filed with the Court:

1. Proposed Voir Dire;

2. Joint Proposed Preliminary Jury Instructions;

3. Joint Proposed Final Jury Instructions;

4. Plaintiff's Proposed Verdict Form; and

5. Defendants' Proposed Verdict Form.

STRADLEY RONON STEVENS & YOUNG, LLP

 /s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com
*Attorneys for Plaintiff*

Dated: January 27, 2022

5473133v.1