IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-1516-CFC |
| KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

To ensure that the Court has subject matter jurisdiction over this matter, Plaintiff shall file no later than Wednesday, February 16, 2022 a letter that identifies the name and citizenship of every member of Key Commercial Finance, LLC; Key Commercial Finance Properties, LLC; Equity Pros, LLC; and Mobile Agency, LLC. If any members of these LLCs are noncorporate entities, Plaintiff shall also identity the name and citizenship of every member of those entities, proceeding up the chain of ownership until Plaintiff has identified the name and citizenship of every individual and corporation with a direct or indirect interest in

Key Commercial Finance, LLC; Key Commercial Finance Properties, LLC; Equity Pros, LLC; and Mobile Agency, LLC.

2.9.22
Date

_____
United States District Judge