

Stradley Ronon Stevens & Young, LLP

1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone  302.295.3805
Fax  302.295.4801
www.stradley.com

**Joelle E. Polesky**
Counsel
jpolesky@stradley.com
302.295.4856

February 16, 2022

**Via Electronic Filing and Hand Delivery**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

**Re:** *Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis v. Key Commercial Finance, LLC*, No. 1:18-01516-CFC

Dear Chief Judge Connolly:

Pursuant to the Court's February 9, 2022 Order (DI 119), Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis provides the following information regarding the citizenship of every member of each of the Defendants based upon publicly available information and/or documents provided in discovery:

**Key Commercial Finance, LLC** ("KCF") is a Delaware limited liability company formed on or about December 10, 2014.  George Chadwick Self, KCF's sole member, has been a citizen of the state of New York at all relevant times.

**Mobile Agency, LLC** is a Delaware limited liability company formed on or about July 7, 2015.  KCF is the sole member of Mobile Agency.  As noted above, KCF is a Delaware limited liability company of which George Chadwick Self, a citizen of the state of New York, is the sole member.

Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

5496605v.1

The Honorable Colm F. Connolly
**Error! Reference source not found.** 16, 2022
Page 2

**Key Commercial Finance Properties, LLC** is a Delaware limited liability company formed on or about December 7, 2016. KCF is the sole member of Key Commercial Finance Properties. As noted above, KCF is a Delaware limited liability company of which George Chadwick Self, a citizen of the state of New York, is the sole member.

**Equity Pros, LLC** is a Connecticut limited Liability company formed on or about August 25, 2015. George Chadwick Self, a citizen of the state of New York, is Equity Pros' sole member.

Respectfully,

Joelle E. Polesky (ID No. 3694)

cc: Theodore A. Kittila (via efile)
William E. Green (via efile)
William E. Mahoney, Jr. (via email)
Cameron M. Redfern (via email)

5496605v.1