THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>*Defendants*. | No. 1:18-cv-01516-CFC-MPT |

**JOINT GLOSSARY OF NAMES AND TERMS**

**Attorney Names and Firms**

Halloran Farkas + Kittila LLP

Stradley Ronon Stevens & Young, LLP

Cameron M. Redfern

Daniel M. Pereira

Joelle E. Polesky

Julie M. Murphy

Theodore A. Kittila

William E. Green

William E. Mahoney, Jr

**Parties to Lawsuit**

Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis

Equity Pros, LLC

Key Commercial Finance, LLC

Key Commercial Finance Properties, LLC

Mobile Agency, LLC

**Key Names and Entities**

Adrienne Dean

Air Products & Chemicals

Allwest Investments, LLC

Amherst

BuyEveryHome.com

Christine Lachapelle

Darbin Skeans

David Wyllie

Deborah Billingsley

Deborah S. Skeans

Don Bivens

Edward Lentz

Frank Pavlis

Garth Stevens

Gary W. Miller

George Chadwick "Chad" Self

Glenmede Trust Company

Greg Grove

Hillel Goldman

Jah-Jireh Homes of America

Jah-Jireh Homes, Inc.

Jehovah's Witnesses

Jeffrey Peterson

Justin C. Billingsley

Legacy Place

Loan Go

Micah Kilgore

Michael Silberman

Mobile Agency, LLC

Mobile Agency, LLC

Quepasa Corporation

RealtyProClub

Snell & Wilmer LLP

Susan Mucciarone

Titus Kurzawa

Watch Tower Bible and Tract Society

Wilson Sonsini Goodrich & Rosati

| STRADLEY RONON STEVENS & YOUNG, LLP | HALLORAN FARKAS + KITTILA LLP |
|---|---|
| /s/ *Joelle E. Polesky* <br> Joelle E. Polesky (ID No. 3694) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, DE 19810 <br> Tel: (302) 295-4856 <br> Email: jpolesky@stradley.com | */s/ William E. Green* <br> Theodore A. Kittila (ID No. 3963) <br> William E. Green (ID No. 4864) <br> 5801 Kennett Pike, Suite C/D <br> Wilmington, Delaware 19807 <br> Tel: (302) 257-2025 <br> Email: tk@hfk.law; wg@hfk.law |

*Attorneys for Plaintiff*                    *Attorneys for Defendants*

OF COUNSEL:
William E. Mahoney, Jr. (*pro hac vice*)
Cameron Redfern (to be admitted *pro hac vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8059
Fax: (215) 564-8120

Dated:  April 20, 2022