THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH S. SKEANS, Executrix of the ESTATE OF FRANK E. PAVLIS,<br><br>Plaintiff,<br>v.<br>KEY COMMERCIAL FINANCE, LLC, KEY COMMERCIAL FINANCE PROPERTIES, LLC, EQUITY PROS, LLC, and MOBILE AGENCY, LLC<br><br>Defendants. | No. 1:18-cv-01516-CFC-MPT |

## CONSENT JUDGMENT

Plaintiff, Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis ("Plaintiff"), and Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC and Mobile Agency, LLC ("Defendants," and together with Plaintiff, the "Parties"), hereby stipulate and agree to the entry of full and final JUDGMENT on Count I of the Supplemental Complaint, and the entry of JUDGMENT in favor of Plaintiff and against Defendants Key Commercial Finance, LLC, Key Commercial Finance Properties, LLC, Equity Pros, LLC and Mobile Agency, LLC, jointly and severally in the amount of $7,000,000. The Parties further stipulate and agree to the DISMISSAL WITH PREJUDICE of Counts II, III, IV, and V of the Supplemental Complaint.

[Signatures on next page.]

**Deborah S. Skeans, Executrix of the Estate of Frank E. Pavlis**

/s/ Deborah Skeans executrix

Name: Deborah S Skeans

Date: 4/22/22

**Key Commercial Finance, LLC**

/s/ S. Chk Self

Name: G. Chadwick Self

Title: Authorized Representative

Date: 4/22/2022

**Equity Pros, LLC**

/s/ S. Chk Self

Name: G. Chadwick Self

Title: Authorized Representative

Date: 4/22/2022

**Key Commercial Finance Properties, LLC**

/s/ S. Chk Self

Name: G. Chadwick Self

Title: Authorized Representative

Date: 4/22/2022

**Mobile Agency, LLC**

/s/ S. Chk Self

Name: G. Chadwick Self

Title: Authorized Representative

Date: 4/22/2022

SO ORDERED:

_____
Chief Judge Colm F. Connolly
U.S. District Court Judge